UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER CHAVEZ, ESQ. (RC4040)
THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1600
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTORS, MICHAEL AND
DAPHNE Y. RAMOS

In Re:

MICHAEL AND DAPHNE Y. RAMOS,

DEBTORS.

**Order Filed on May 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 19-17748/KCF

Hearing Date: N/A

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 9, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

      ORDERED that the debtor's request is:

☒    Granted.  The deadline to file schedules is extended to    May 14, 2019   .

☐    Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 19-17748-KCF
Michael Ramos                                                        Chapter 7
Daphne Y. Ramos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: May 09, 2019
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
db/jdb         +Michael Ramos,    Daphne Y. Ramos,    11 Center Street,    Eatontown, NJ 07724-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Michael R. DuPont    on behalf of Creditor    Community Financial Services Federal Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              Robert Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC. nj.bkecf@fedphe.com
              Roger Chavez    on behalf of Debtor Michael Ramos rchavez01@aol.com,    rchavez@chavezlegal.com
              Roger Chavez    on behalf of Joint Debtor Daphne Y. Ramos rchavez01@aol.com,
               rchavez@chavezlegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6