UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Michael and Daphne Ramos

Case No.: 19-16204
Chapter: 7
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

Karen E. Bezner, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson, U.S.B.J. on July 23, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
11 Center Street
Eatontown, New Jersey
valued at $345,000.00

Liens on property:
Lakeview Loan Servicing, $289,613.00; costs of sale estimated at 10%, or $34,500.00

Amount of equity claimed as exempt: $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-17748-KCF
Michael Ramos                                                                                   Chapter 7
Daphne Y. Ramos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 4              Date Rcvd: Jun 21, 2019
                              Form ID: pdf905          Total Noticed: 119

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
```
db/jdb         +Michael Ramos,    Daphne Y. Ramos,    11 Center Street,    Eatontown, NJ 07724-1703
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +Community Financial Services Federal Credit Union,    McKenna, DuPont, Higgins & Stone,
                 PO Box 610,    229 Broad Street,    Red Bank, MO  07701-0610,    UNITED STATES 07701-2009
cr             +LAKEVIEW LOAN SERVICING, LLC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
                 Suite 1400,    Philadelphia, PA 19103-1814
cr             +U.S. Bank National Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518186762     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    A/K/A Honda Financial Services,
                 201 Little Falls Drive,    Wilmington, DE 19808)
518186761      Aetna Life Insurance Company,    P.O. Box 14079,    Lexington, KY 40512-4079
518186767      Bank of America, N.A.,    FL9-600-02-26,    P.O. Box 45224,    Jacksonville, FL 32232-5224
518186765      Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
518186766     +Bank of America, N.A.,    150 North College Street,    Charlotte, NC 28255-0001
518186768     +Bio-Referenced Labs,    481 Edward H. Ross Drive,    Elmwood Park, NJ 07407-3128
518186769      Bio-Referenced Labs,    P.O. Box 650,    Elmwood Park, NJ 07407
518186773     +Cathaya International LLC,    Oakland Trading International LLC,    Eastern Trading LLC,
                 c/o Aaron Wang,    31 Middle Road,    Port Washington, NY 11050-2615
518186774     +Cathaya International LLC,    c/o Aaron Wang,    107 Northern Blvd., Suite 410,
                 Great Neck, NY 11021-4312
518186776     +Champion Autohaus LLC,    Champion Auto Leasing LLC,    C/O Renato Cuyco, Jr.,    3 Wemmer Court,
                 Sayreville, NJ 08872-2148
518186775     +Champion Autohaus LLC,    a/k/a Champion Auto Leasing LLC,    C/O Renato Cuyco, Jr.,
                 1980 State Route 35,    South Amboy, NJ 08879-2078
518186778     +Chase Auto Finance,    301 North Walnut Street, 9th Fl.,    Wilmington, DE 19801-3971
518186777      Chase Auto Finance,    P.O. Box 901003,    Fort Worth, TX 76101-2003
518186784     +Community Financial Services FCU,    149 East St. George Avenue,    Roselle, NJ 07203-2936
518186785     +Community Financial Services FCU,    524 West Edgar Road,    P.O. Box 1514,
                 Linden, NJ 07036-0005
518186786     +Eastern Trading LLC,    c/o Aaron Wang,    133-05 32nd Avenue,    Flushing, NY 11354-1902
518186787     +FOX Rothschild LLP,    10 Sentry Parkway, Suite 200,    P.O. Box 3001,    Blue Bell, PA 19422-0750
518186788     +FOX Rothschild LLP,    Princeton Pike Corporate Center,    997 Lenox Drive, Building 3,
                 Lawrence Township, NJ 08648-2317
518186789     +FOX Rothschild LLP,    P.O. Box 5231,    Princeton, NJ 08543-5231
518186791     +GM Financial,    Corporate Office,    801 Cherry Street, Suite 3500,    Fort Worth, TX 76102-6854
518186790      GM Financial,    A/K/A Americredit,    P.O. Box 181145,    Arlington, TX 76096-1145
518186792     +GM Financial,    ATTN: Correspondence,    P.O. Box 183834,    Arlington, TX 76096-3834
518186794     +Greenbaum, Rowe, Smith & Davis LLP,    Stephanie G. Reckford, Esq.,
                 75 Livingston Avenue, Suite 301,    Roseland, NJ 07068-3738
518186793     +Greenbaum, Rowe, Smith & Davis LLP,    ATTN.: Stephanie G. Reckford, Esq.,
                 75 Livingston Avenue, Suite 301,    Roseland, NJ 07068-3788
518186795      Hackensack Meridian Health,    Jersey Shore University Medical Center,    1945 NJ-53,
                 Neptune, NJ 07753
518186796     +I. Mark Cohen Law Group,    ATTN.: Johnathan Goldsmith Cohen, Esq.,    1 Executive Drive, Suite 6,
                 Tinton Falls, NJ 07701-4938
518186798     +IC System, Inc.,    IC Systems Collections,    444 Highway 96 East,    St. Paul, MN 55127-2557
518186800      IC System, Inc.,    IC Systems Collections,    PO Box 64378,    St. Paul, MN 55164-0378
518186799      IC System, Inc.,    IC Systems Collections,    PO Box 64437,    St. Paul, MN 55164-0437
518186797     +Ibrahim Law Firm,    ATTN.: Ihab A. Ibrahim, Esq.,    910 Bergen Avenue, Suite 203,
                 Jersey City, NJ 07306-4311
518186801     +Jersey Shore Anesthesiology Associates,    1945 State Route 33,    Neptune, NJ 07753-4896
518186804     +LabCorp,    Laboratory Corporation Of America,    1250 Chapel Hill Road,
                 Burlington, NC 27215-7141
518186803      LabCorp,    Laboratory Corporation Of America,    P.O. Box 2240,    Burlington, NC 27216-2240
518186805     +Lakeview Loan Servicing LLC,    Servicing by LoanCare,    ATTN: Customer Service,    P.O. Box 8068,
                 Virginia Beach, VA 23450-8068
518186806     +Lakeview Loan Servicing LLC,    Servicing by LoanCare,    3637 Sentara Way, Suite 303,
                 Virginia Beach, VA 23452-4262
518186807      Lakeview Loan Servicing LLC,    Servicing by Loancare,    Interstate Corporate Center,
                 Building #9, Suite 200,    Norfolk, VA 23502
518186808     +Liberty Mutual Insurance Company,    Corporate Headquarters,    175 Berkeley Street,
                 Boston, MA 02116-5066
518186809     +Liberty Mutual Insurance Company,    5050 West Tilghman Street, Suite 200,
                 Allentown, PA 18104-9154
518186810     +McGuire Woods,    ATTN.: Philip A. Goldstein, Esq.,    1251 Avenue of the Americas, 20th Fl.,
                 New York, NY 10020-1104
518186815    #+Meridian Medical Group Faculty,    Hackensack Meridian Medical Group,
                 2240 State Route 33 Suite B,    Neptune, NJ 07753-6104
518186816     +Meridian Medical Group-Specialty Care PC,    Hackensack Meridian Medical Group,
                 1500 Allaire Avenue, Suite 201,    Ocean, NJ 07712-7603
```

```
District/off: 0312-3          User: admin              Page 2 of 4                 Date Rcvd: Jun 21, 2019
                              Form ID: pdf905          Total Noticed: 119


518186817      +Meridian Medical Group-Specialty Care PC,    Hackensack Meridian Medical Group,
                 1200 Jumping Brook Road, Suite 201,    Neptune, NJ 07753-2635
518186818      +Meridian Medical Group-Specialty Care PC,    Hackensack Meridian Medical Group,
                 717 North Beers Street, Suite 1E,    Holmdel, NJ 07733-1525
518186819      +Michael Teitelbaum,    Barbara Teitelbaum,    11 Center Street, Apt. #B,
                 Eatontown, NJ 07724-1703
518186820      +Monmouth Hospital,    Monmouth Medical Center,    300 2nd Avenue,    Long Branch, NJ 07740-6395
518186826      +New Jersey Motor Vehicle Commission,    225 East State Street,    Trenton, NJ 08666-0001
518186825      +New Jersey Motor Vehicle Commission,    P.O. Box 017,    Trenton, NJ 08666-0017
518186824      +New Jersey Motor Vehicle Commission,    Title Records Unit,    P.O. Box 155,
                 Trenton, NJ 08666-0155
518186830      +Norris McLaughlin, P.A.,    ATTN.: Nicholas Duston, Esq.,    400 Crossing Boulevard, 8th Fl.,
                 Bridgewater, NJ 08807-2863
518186831      +Oakland Trading International LLC,    c/o Aaron Wang,    133-05 32nd Avenue,
                 Flushing, NY 11354-1902
518186832      +Office Of The Attorney General,    ATTN: Gurbir S. Grewal,    RJ Hughes Justice Complex,
                 25 Market Street, P.O. Box 080,    Trenton, NJ 08625-0080
518186834      +PNC Bank,    P5-PCLC-A1-N,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518186833      +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
518186835      +PNC Bank,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
518186837       Quest Diagnostics, Inc.,    P.O. Box 740985,    Cincinnati, OH 45274-0985
518186840      +Robertson, Anschutz & Schneid, PL,    ATTN.: Walter Gouldsbury, Esq.,
                 133 Gaither Drive, Suite F,    Mount Laurel, NJ 08054-1710
518186841      +Rubin & Rothman, LLC,    1787 Veterans Highway, Suite 32,    P.O. Box 9003,
                 Islandia, NY 11749-9003
518186842      +Rubin & Rothman, LLC,    190 North Avenue East,    P.O. Box 8,    Cranford, NJ 07016-0008
518186843      +Santander Bank, N.A.,    MA1-MB3 01-09,    P.O. Box 841002,    Boston, MA 02284-1002
518186844       Santander Bank, N.A.,    Mail Code: 10-421-CN2,    P.O. Box 12646,    Reading, PA 19612-2646
518186845       Santander Bank, N.A.,    Mail Code: RI1 EPV 02-23,    One Sovereign Way,
                 East Providence, RI 02915
518186848     #+Seahorse Pediatrics LLC,    Shabnam Maghsood, MD,    142 Route 35, Suite 105,
                 Eatontown, NJ 07724-1864
518186850      +Simons Agency, Inc.,    436 Main Street, Suite# 263,    Spotswood, NJ 08884-1702
518186853       SunPower Capital, LLC,    P.O. Box 844863,    Los Angeles, CA 90084-4863
518186852      +SunPower Capital, LLC,    ATTN: SunPower Financing,    2900 Esperanza Crossing, 2nd Fl.,
                 Austin, TX 78758-3658
518186855       TD Auto Finance, LLC,    P.O. Box 9223,    Farmington Hills, MI 48333-9223
518186857       TD Auto Finance, LLC,    ATTN: Customer Resolution Dept.,    P.O. Box 9226,
                 Farmington, MI 48333-9226
518186856       TD Auto Finance, LLC,    2777 Franklin Road,    Farmington Hills, MI 48334
518186860      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    19001 South Western Avenue, WF22,
                 Torrance, CA 90501)
518186862      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    205 West 4th Street, Suite 700,    Cincinnati, OH 45202)
518186861      +US Bank,    P.O. Box 3447,    Oshkosh, WI 54903-3447
518186866      +Weiner Law Group LLC,    ATTN: Ronald A. Berutti, Esq.,    629 Parsippany Road,    P.O. Box 0438,
                 Parsippany, NJ 07054-0438
518186867      +Wells Fargo Bank,    P.O. Box 14517,    Des Moines, IA 50306-3517
518186868      +Wells Fargo Bank,    Credit Bureau Disputes,    B6955 019,    PO Box 31557,
                 Billings, MT 59107-1557
518186869      +Wells Fargo Bank,    P.O. Box 94435,    Albuquerque, NM 87199-4435
518186871      +Wells Fargo Bank,    Legal Order Processing,    D1111-01A,    P.O. Box 1416,
                 Charlotte, NC 28201-1416
518186870      +Wells Fargo Bank,    Writs & Levies Processing,    101 North Independence Mall East,
                 MAC Code Y1372-039,    Philadelphia, PA 19106-2112
518186872      +Wells Fargo Card Services,    Wells Fargo Bank NA,    Credit Bureau Dispute Resolution,
                 P.O. Box 14517,    Des Moines, IA 50306-3517
518186873      +Wells Fargo Card Services,    P.O. Box 10347,    Des Moines, IA 50306-0347
518186874      +Wells Fargo Card Services,    Wells Fargo Bank NA,    Consumer Credit Solutions,    P.O. Box 30086,
                 Los Angeles, CA 90030-0086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 21 2019 23:33:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 21 2019 23:33:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 21 2019 23:33:24
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
518186764       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 21 2019 23:33:49      American Honda Finance,
                 A/K/A Honda Financial Services,    National Service Center,    P.O. Box 166469,
                 Irving, TX 75016-6469
518186763      +E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 21 2019 23:33:49      American Honda Finance,
                 A/K/A Honda Financial Services,    200 Continential Drive,    Newark, DE 19713-4334
518186771      +E-mail/Text: bncnotices@becket-lee.com Jun 21 2019 23:33:10      Capital One Bank,   C/O KOHLS,
                 P.O. Box 3043,    Milwaukee, WI 53201-3043
518186770      +E-mail/Text: bncnotices@becket-lee.com Jun 21 2019 23:33:10      Capital One Bank,   C/O KOHLS,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
```

```
District/off: 0312-3          User: admin              Page 3 of 4                    Date Rcvd: Jun 21, 2019
                              Form ID: pdf905          Total Noticed: 119


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518186772      E-mail/Text: bncnotices@becket-lee.com Jun 21 2019 23:33:10     Capital One Bank,  C/O KOHLS,
               North 56 West 17000 Ridgewood Drive,   Menomonee Falls, WI 53051
518186779      E-mail/Text: bk.notifications@jpmchase.com Jun 21 2019 23:33:36     Chase Auto Finance,
               P.O. Box 901076,   Fort Worth, TX 76101-2076
518186780     +Fax: 602-659-2196 Jun 21 2019 23:40:35      Chex Systems, Inc.,   Attn: Customer Relations,
               7805 Hudson Road, Suite 100,   Woodbury, MN 55125-1703
518186781     +E-mail/Text: documentfiling@lciinc.com Jun 21 2019 23:32:33     Comcast Cable,
               C/O Bankruptcy Dept.,   800 Rahway Avenue,   Union, NJ 07083-6691
518186782      E-mail/Text: documentfiling@lciinc.com Jun 21 2019 23:32:33     Comcast Cable,
               C/O Correspondence,   PO Box 1809,   Union, NJ 07083-1809
518186783     +E-mail/Text: documentfiling@lciinc.com Jun 21 2019 23:32:33     Comcast Cable,
               1 Comcast Center,   Philadelphia, PA 19103-2899
518186791     +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 21 2019 23:33:24       GM Financial,
               Corporate Office,   801 Cherry Street, Suite 3500,   Fort Worth, TX 76102-6854
518186792     +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 21 2019 23:33:24       GM Financial,
               ATTN: Correspondence,   P.O. Box 183834,   Arlington, TX 76096-3834
518186790      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 21 2019 23:33:24       GM Financial,
               A/K/A Americredit,   P.O. Box 181145,   Arlington, TX 76096-1145
518186802     +E-mail/Text: info@kehoefinancial.com Jun 21 2019 23:34:11     Kehoe Financial Group,
               190 Moore Street, Suite 203,   Hackensack, NJ 07601-7418
518186811     +E-mail/Text: laura@redbanklaw.com Jun 21 2019 23:33:06
               McKenna, DuPont, Higgins & Stone, P.C.,   229 Broad Street,  P.O. Box 610,
               Red Bank, NJ 07701-0610
518186813     +E-mail/Text: M74banko@daimler.com Jun 21 2019 23:34:16      Mercedes Benz Financial Services,
               P.O. Box 685,   Roanoke, TX 76262-0685
518186812      E-mail/Text: M74banko@daimler.com Jun 21 2019 23:34:16      Mercedes Benz Financial Services,
               P.O. Box 961,   Roanoke, TX 76262-0961
518186814     +E-mail/Text: M74banko@daimler.com Jun 21 2019 23:34:16      Mercedes-Benz Financial Services,
               13650 Heritage Parkway,   Fort Worth, TX 76177-5323
518186822      E-mail/Text: Jerry.Bogar@conduent.com Jun 21 2019 23:34:21     New Jersey E-ZPass,
               Violation Processing Center,   P.O. Box 52005,   Newark, NJ 07101-8205
518186823     +E-mail/Text: Jerry.Bogar@conduent.com Jun 21 2019 23:34:21     New Jersey E-ZPass,
               Violations Processing Center,   P.O. Box 4971,   Trenton, NJ 08650-4971
518186821      E-mail/Text: Jerry.Bogar@conduent.com Jun 21 2019 23:34:21     New Jersey E-ZPass,
               New Jersey Customer Care Service Center,   P.O. Box 52002,   Newark, NJ 07101-8202
518186828     +E-mail/Text: bnc@nordstrom.com Jun 21 2019 23:33:18     Nordstrom,   P.O. Box 6555,
               Englewood, CO 80155-6555
518186829     +E-mail/Text: bnc@nordstrom.com Jun 21 2019 23:33:18     Nordstrom,   P.O. Box 6566,
               Englewood, CO 80155-6566
518186827     +E-mail/Text: bnc@nordstrom.com Jun 21 2019 23:33:17     Nordstrom,   13531 East Caley Avenue,
               Englewood, CO 80111-6505
518186836     +E-mail/Text: BankruptcyMail@questdiagnostics.com Jun 21 2019 23:34:13
               Quest Diagnostics, Inc.,   3 Giralda Farms,   Madison, NJ 07940-1027
518186838     +E-mail/Text: bkrpt@retrievalmasters.com Jun 21 2019 23:33:39
               Retrieval-Masters Creditors Bureau, Inc.,   4 Westchester Plaza, Suite 110,
               Elmsford, NY 10523-1615
518186839      E-mail/Text: bkrpt@retrievalmasters.com Jun 21 2019 23:33:39
               Retrieval-Masters Creditors Bureau, Inc.,   P.O. Box 1235,   Elmsford, NY 10523-0935
518186854     +E-mail/Text: bankruptcy@sw-credit.com Jun 21 2019 23:33:42     SW Credit Systems, Inc.,
               Southwest Credit Systems,   4120 International, Suite 100,   Carrollton, TX 75007-1958
518186847     +E-mail/Text: bankruptcy@savit.com Jun 21 2019 23:34:14     Savit Collection Agency,
               46 West Ferris Street,   East Brunswick, NJ 08816-2159
518186846      E-mail/Text: bankruptcy@savit.com Jun 21 2019 23:34:14     Savit Collection Agency,
               P.O. Box 250,   East Brunswick, NJ 08816-0250
518186851     +E-mail/Text: clientservices@simonsagency.com Jun 21 2019 23:34:06      Simons Agency, Inc.,
               3713 Brewerton Road, Suite 1,   Syracuse, NY 13212-3843
518186849     +E-mail/Text: clientservices@simonsagency.com Jun 21 2019 23:34:06      Simons Agency, Inc.,
               4963 Wintersweet Drive,   Liverpool, NY 13088-2176
518186863     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 21 2019 23:32:28
               Verizon,   P.O. Box 650584,   Dallas, TX 75265-0584
518186864     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 21 2019 23:32:28
               Verizon,   Attn: Billing Office,   236 E. Town Street #170,   Columbus, OH 43215-4631
518186865     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 21 2019 23:32:28
               Verizon,   500 Technology Drive, Suite 550,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 38

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518186858*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,   5005 N. River Boulevard NE,
               Cedar Rapids, IA 52411-6634)
518186859*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,   Bankruptcy Department,
               P.O. Box 8026,   Cedar Rapids, IA 52409-8026)
                                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3           User: admin                Page 4 of 4                   Date Rcvd: Jun 21, 2019
                               Form ID: pdf905            Total Noticed: 119
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
        John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
         Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
         NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        Kevin Gordon McDonald    on behalf of Creditor    USB Leasing LT kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Michael R. DuPont    on behalf of Creditor    Community Financial Services Federal Credit Union
         dupont@redbanklaw.com,  dana@redbanklaw.com
        Robert  Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC. nj.bkecf@fedphe.com
        Roger  Chavez    on behalf of Debtor Michael  Ramos rchavez01@aol.com,   rchavez@chavezlegal.com
        Roger  Chavez    on behalf of Joint Debtor Daphne Y. Ramos rchavez01@aol.com,
         rchavez@chavezlegal.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 10