| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>THE NATIONAL NEWARK BUILDING<br>744 BROAD STREET, SUITE 1600<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTORS, MICHAEL RAMOS AND DAPHNE Y. RAMOS | **Order Filed on July 16, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>MICHAEL RAMOS AND DAPHNE Y. RAMOS,<br><br><br>Debtors. | Case No.: 19-17748/KCF<br><br>Chapter 7<br><br>Hearing Date: July 2, 2019 @ 10:00 AM<br><br>Judge: Kathryn C. Ferguson |

## ORDER GRANTING PARTIAL DISGORGEMENT AND COMPELLING THE TURNOVER OF ATTORNEYS' FEES AND FILING FEE FROM I. MARK COHEN LAW GROUP AND/OR JONATHAN GOLDSMITH COHEN TO DEBTORS

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 16, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtors:    MICHAEL RAMOS AND DAPHNE Y. RAMOS
Chapter 7    |    Case No. 19-17748/KCF
Caption of Order: ORDER GRANTING PARTIAL DISGORGEMENT AND COMPELLING THE TURNOVER OF ATTORNEYS' FEES AND FILING FEE FROM I. MARK COHEN LAW GROUP AND/OR JONATHAN GOLDSMITH COHEN TO DEBTORS

---

This matter being opened to the Court by Roger Chavez, attorney for Debtors, Michael Ramos and Daphne Y. Ramos, and coming before the Honorable Kathryn C. Ferguson on July 2, 2019, seeking an Order Disgorging and Compelling the Turnover of Attorneys' Fees and Filing Fee from I. Mark Cohen Law Group and/or Jonathan Goldsmith Cohen to Debtors, and for good cause appearing:

**IT IS ORDERED:** that $1,155.00 of fees previously remitted to I. Mark Cohen Law Group and/or Jonathan Goldsmith Cohen are hereby disgorged.

**IT IS FURTHER ORDERED:** that I. Mark Cohen Law Group and/or Jonathan Goldsmith Cohen are jointly and severally liable for the partially disgorged fees of $1,155.00 and must refund said sum to the Debtors, Michael Ramos and Daphne Y. Ramos, by way of an attorney business check or attorney trust account check within fourteen (14) days from the date of entry of this Order. The check shall be made payable to Roger Chavez, Attorney Trust Account and shall be mailed to Debtors' counsel at the address listed on the caption.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**