UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER CHAVEZ, ESQ. (RC4040)
THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1600
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTORS, MICHAEL RAMOS AND DAPHNE Y. RAMOS

Order Filed on July 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL RAMOS AND DAPHNE Y. RAMOS,

Debtors.

Case No.: 19-17748/KCF

Chapter 7

Hearing Date: July 2, 2019 @ 10:00 AM

Judge: Kathryn C. Ferguson

## ORDER GRANTING PARTIAL DISGORGEMENT AND COMPELLING THE TURNOVER OF ATTORNEYS' FEES AND FILING FEE FROM I. MARK COHEN LAW GROUP AND/OR JONATHAN GOLDSMITH COHEN TO DEBTORS

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 16, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Debtors:** MICHAEL RAMOS AND DAPHNE Y. RAMOS
**Chapter 7** | **Case No. 19-17748/KCF**
**Caption of Order:** ORDER GRANTING PARTIAL DISGORGEMENT AND COMPELLING THE TURNOVER OF ATTORNEYS' FEES AND FILING FEE FROM I. MARK COHEN LAW GROUP AND/OR JONATHAN GOLDSMITH COHEN TO DEBTORS

___

This matter being opened to the Court by Roger Chavez, attorney for Debtors, Michael Ramos and Daphne Y. Ramos, and coming before the Honorable Kathryn C. Ferguson on July 2, 2019, seeking an Order Disgorging and Compelling the Turnover of Attorneys' Fees and Filing Fee from I. Mark Cohen Law Group and/or Jonathan Goldsmith Cohen to Debtors, and for good cause appearing:

**IT IS ORDERED:** that $1,155.00 of fees previously remitted to I. Mark Cohen Law Group and/or Jonathan Goldsmith Cohen are hereby disgorged.

**IT IS FURTHER ORDERED:** that I. Mark Cohen Law Group and/or Jonathan Goldsmith Cohen are jointly and severally liable for the partially disgorged fees of $1,155.00 and must refund said sum to the Debtors, Michael Ramos and Daphne Y. Ramos, by way of an attorney business check or attorney trust account check within fourteen (14) days from the date of entry of this Order. The check shall be made payable to Roger Chavez, Attorney Trust Account and shall be mailed to Debtors' counsel at the address listed on the caption.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Ramos  
Daphne Y. Ramos  
    Debtors

Case No. 19-17748-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 16, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.  
db/jdb        +Michael Ramos,   Daphne Y. Ramos,   11 Center Street,   Eatontown, NJ 07724-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:

      John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Jonathan Goldsmith Cohen   on behalf of Creditor Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com  
      Karen E. Bezner   Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
      Karen E. Bezner   on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
      Kevin Gordon McDonald   on behalf of Creditor   USB Leasing LT kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Laura M. Egerman   on behalf of Creditor   U.S. Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
      Michael A. Artis   on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov  
      Michael R. DuPont   on behalf of Creditor   Community Financial Services Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
      Richard Gerbino   on behalf of Plaintiff   TD Auto Finance LLC rgerbino@schillerknapp.com, Tshariff@schillerknapp.com;KCollins@schillerknapp.com;Ahight@schillerknapp.com  
      Robert Davidow   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC. nj.bkecf@fedphe.com  
      Roger Chavez   on behalf of Joint Debtor Daphne Y. Ramos rchavez01@aol.com, rchavez@chavezlegal.com  
      Roger Chavez   on behalf of Debtor Michael Ramos rchavez01@aol.com, rchavez@chavezlegal.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 13