UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

MICHAEL and DAPHNE RAMOS,

Case No.: 19-17748

Judge: Hon. Kathryn C. Ferguson, U.S.B.J.

Order Filed on August 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER EXTENDING TIME

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: August 7, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Michael and Daphne Ramos
Case No.: 19-17748 (KCF)
Caption of Order: Order Extending Time

---

**ORDERED** that the time within which the Chapter 7 trustee and/or the Office of the United States Trustee may move to challenge the debtors' discharge pursuant to 11 U.S.C. Section 727, or move to dismiss or convert the case pursuant to 11 U.S.C. Section 707(b) is extended for a period of ninety (90) days, or through October 13, 2019; and it is further

**ORDERED** that this extension is granted without prejudice to further extension upon application by the Chapter 7 trustee or the Office of the United States Trustee, if such application appears to be both reasonable and appropriate.