| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | **Order Filed on August 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MICHAEL and DAPHNE RAMOS, | Case No.: 19-17748<br><br><br>Judge: Hon. Kathryn C. Ferguson, U.S.B.J. |

**ORDER EXTENDING TIME**

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: August 7, 2019**

_Honorable Kathryn C. Ferguson_
United States Bankruptcy Judge

Debtor: Michael and Daphne Ramos
Case No.: 19-17748 (KCF)
Caption of Order: Order Extending Time

---

**ORDERED** that the time within which the Chapter 7 trustee and/or the Office of the United States Trustee may move to challenge the debtors' discharge pursuant to 11 U.S.C. Section 727, or move to dismiss or convert the case pursuant to 11 U.S.C. Section 707(b) is extended for a period of ninety (90) days, or through October 13, 2019; and it is further

**ORDERED** that this extension is granted without prejudice to further extension upon application by the Chapter 7 trustee or the Office of the United States Trustee, if such application appears to be both reasonable and appropriate.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Ramos  
Daphne Y. Ramos  
     Debtors

Case No. 19-17748-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.  
db/jdb         +Michael Ramos,    Daphne Y. Ramos,    11 Center Street,    Eatontown, NJ 07724-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:

         John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Jonathan Goldsmith Cohen    on behalf of Creditor Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com  
         Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Kevin Gordon McDonald    on behalf of Creditor    USB Leasing LT kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
         Michael R. DuPont    on behalf of Creditor    Community Financial Services Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
         Richard Gerbino    on behalf of Plaintiff    TD Auto Finance LLC rgerbino@schillerknapp.com, Tshariff@schillerknapp.com;KCollins@schillerknapp.com;Ahight@schillerknapp.com  
         Robert Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC. nj.bkecf@fedphe.com  
         Roger Chavez    on behalf of Joint Debtor Daphne Y. Ramos rchavez01@aol.com, rchavez@chavezlegal.com  
         Roger Chavez    on behalf of Debtor Michael Ramos rchavez01@aol.com, rchavez@chavezlegal.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 13