UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

Order Filed on October 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael Ramos and
Daphne Y. Ramos,

Debtors.

Case No.: 19-17748 (KCF)

Chapter 7

Hearing Date:

Chief Judge: Honorable Kathryn C. Ferguson

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO JANUARY 14, 2020**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 10, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtors: Michael Ramos and Daphne Y. Ramos

Chapter 7 Case No.:19-17748 (KCF)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to January 14, 2020**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel the Office of the United States Trustee (Michael A. Artis, Esquire appearing), and the law office of Roger Chavez, counsel for the Debtors, (Roger Chavez, Esquire, appearing), and for other good cause shown, it is hereby;

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **January 14, 2020**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| | |
| Roger Chavez<br>Law Office of Roger Chavez<br>Attorney for the Debtors | Andrew R. Vara<br>Acting United States Trustee, Region 3 |
| | |
| By: */s/Roger Chavez*<br>    Roger Chavez<br>    Attorney for the Debtors | By: */s/Michael A. Artis*<br>    Michael A. Artis<br>    Trial Attorney |