

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Michael.A.Artis@usdoj.gov | **Order Filed on October 10, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Michael Ramos and<br>Daphne Y. Ramos,<br><br>Debtors. | Case No.: 19-17748 (KCF)<br><br>Chapter 7<br><br>Hearing Date:<br><br>Chief Judge: Honorable Kathryn C. Ferguson |

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO JANUARY 14, 2020**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 10, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtors: Michael Ramos and Daphne Y. Ramos

Chapter 7 Case No.:19-17748 (KCF)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to January 14, 2020**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel the Office of the United States Trustee (Michael A. Artis, Esquire appearing), and the law office of Roger Chavez, counsel for the Debtors, (Roger Chavez, Esquire, appearing), and for other good cause shown, it is hereby;

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **January 14, 2020**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| Roger Chavez<br>Law Office of Roger Chavez<br>Attorney for the Debtors | Andrew R. Vara<br>Acting United States Trustee, Region 3 |
| By: */s/Roger Chavez*<br>　　Roger Chavez<br>　　Attorney for the Debtors | By: */s/Michael A. Artis*<br>　　Michael A. Artis<br>　　Trial Attorney |

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-17748-KCF
Michael Ramos                                                   Chapter 7
Daphne Y. Ramos
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: Oct 10, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
db/jdb        +Michael Ramos,   Daphne Y. Ramos,   11 Center Street,   Eatontown, NJ 07724-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:
```
              John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Jonathan Goldsmith Cohen    on behalf of Creditor Jonathan Goldsmith Cohen
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    USB Leasing LT kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of U.S. Trustee     U.S. Trustee michael.a.artis@usdoj.gov
              Michael R. DuPont    on behalf of Creditor    Community Financial Services Federal Credit Union
               dupont@redbanklaw.com,   dana@redbanklaw.com
              Richard Gerbino    on behalf of Plaintiff    TD Auto Finance LLC rgerbino@schillerknapp.com,
               kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Robert Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC. nj.bkecf@fedphe.com
              Roger Chavez    on behalf of Defendant Daphne Y. Ramos rchavez01@aol.com,    rchavez@chavezlegal.com
              Roger Chavez    on behalf of Joint Debtor Daphne Y. Ramos rchavez01@aol.com,
               rchavez@chavezlegal.com
              Roger Chavez    on behalf of Debtor Michael Ramos rchavez01@aol.com,    rchavez@chavezlegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 14
```