| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph G. Devine, Jr., Esq. (ID #031072011)<br>SCHILLER, KNAPP,<br>LEFKOWITZ & HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, TD Auto Finance LLC | |
| In Re:<br><br>    MICHAEL RAMOS AND<br>    DAPHNE Y. RAMOS<br><br>                Debtors. | Lead Case No.:   19-17748-KCF<br><br>Adv. No:             19-02048-KCF<br><br><br>Judge:   Hon. Kathryn C. Ferguson<br><br>Chapter:   7 |
| TD Auto Finance LLC<br>              Plaintiff<br>v.<br><br>DAPHNE Y. RAMOS<br>              Defendant | **APPLICATION FOR THE ENTRY OF A CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** |

Joseph G. Devine, Jr., Esq., attorney for Creditor, TD Auto Finance LLC, respectfully represents to the Court as follows:

    1.    I am an attorney-at-law of the State of New Jersey and associated with the firm of SCHILLER, KNAPP, LEFKOWITZ & HERTZEL LLP, attorneys for Creditor in the above-captioned matter.

    2.    The Debtor has agreed to allow TD Auto Finance LLC to recover and liquidate the vehicle described as one (1) 2017 Mercedes Benz GLS Class (V.I.N. 4JGDF6EEXHA959141).

3. The parties have agreed that the automatic stay instituted upon the filing of Petition shall not apply to any action by the Creditor to recover possession and dispose of its collateral; namely one (1) 2017 Mercedes Benz GLS Class (V.I.N. 4JGDF6EEXHA959141).

4. Creditor has agreed to withdraw its Adversary Complaint subject to a separate Consent Order to resolve this matter.

5. The Creditor respectfully requests that if the proposed Consent Order herewith meets with Your Honor's approval, that Your Honor execute the Order without any further hearing.

6. I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

          Respectfully submitted,

          __/s/ Joseph Devine_____
          Joseph G. Devine, Jr., Esq.
          Attorneys for Creditor
          Schiller, Knapp, Lefkowitz & Hertzel, LLP
          30 Montgomery Street, Suite 1205
          Jersey City, New Jersey 07302

Date:   January 20, 2020