| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph G. Devine, Jr., Esq. (ID #031072011)<br>SCHILLER, KNAPP,<br>LEFKOWITZ & HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, TD Auto Finance LLC | **Order Filed on January 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   MICHAEL RAMOS AND<br>   DAPHNE Y. RAMOS<br><br>                  Debtors. | Lead Case No.:   19-17748-KCF<br><br>Adv. No:         19-02048-KCF<br><br><br>Judge:   Hon. Kathryn C. Ferguson<br><br>Chapter:   7 |
| TD Auto Finance LLC<br>                  Plaintiff<br>v.<br><br>DAPHNE Y. RAMOS<br>                  Defendant | |

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: January 31, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph G. Devine, Jr., Esq. (ID #031072011)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Auto Finance LLC

| | |
|---|---|
| In Re:<br><br>MICHAEL RAMOS AND<br>DAPHNE Y. RAMOS<br><br>Debtors. | Lead Case No.:   19-17748-KCF<br><br>Adv. No:            19-02048-KCF<br><br>Judge:   Hon. Kathryn C. Ferguson<br><br>Chapter:   7 |
| TD Auto Finance LLC<br>          Plaintiff<br><br>v.<br><br>DAPHNE Y. RAMOS<br>          Defendant | |

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

WHEREAS, TD Auto Finance LLC (hereinafter "creditor") is the holder of a perfected security

Interest in one (1) 2017 Mercedes Benz GLS Class (V.I.N. 4JGDF6EEXHA959141) owed by the above

captioned debtors.

WHEREAS, TD Auto Finance LLC filed an adversary proceeding (Adversary Case No.

19-02048) contesting to the dischargeability of the underlying debt owed by the above captioned debtors

pursuant to 11. U.S.C. 523(a)(2)(A).

WHEREAS, the parties wish to allow TD Auto Finance LLC to recover and liquidate the above described vehicle in a continued effort to resolve the above referenced proceeding;

NOW THEREFORE, the creditor and debtors hereby agree as follows:

1. That the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors is terminated effective November 1, 2019 in that it shall not apply to any action by the above petitioning creditor to recover possession and dispose of its collateral; namely one (1) 2017 Mercedes Benz GLS Class (V.I.N. 4JGDF6EEXHA959141).

/s/ Joseph Devine
Joseph G. Devine, Jr., Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: November 18, 2019

/s/ Roger Chavez
Roger Chavez, Esq.
Attorney for Debtor
744 Broad Street, Suite 1600
Newark, New Jersey 07102

Date: November 7, 2019