DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph G. Devine, Jr., Esq. (ID #031072011)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Auto Finance LLC

Order Filed on January 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 MICHAEL RAMOS AND
 DAPHNE Y. RAMOS

   Debtors.

TD Auto Finance LLC
   Plaintiff
v.

DAPHNE Y. RAMOS
   Defendant

Lead Case No.:  19-17748-KCF

Adv. No:  19-02048-KCF

Judge:  Hon. Kathryn C. Ferguson

Chapter:  7

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.**

**DATED: January 31, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph G. Devine, Jr., Esq. (ID #031072011)<br>SCHILLER, KNAPP,<br>LEFKOWITZ & HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, TD Auto Finance LLC | |
| In Re:<br><br>    MICHAEL RAMOS AND<br>    DAPHNE Y. RAMOS<br><br>                  Debtors. | Lead Case No.:    19-17748-KCF<br><br>Adv. No:    19-02048-KCF<br><br><br>Judge:   Hon. Kathryn C. Ferguson<br><br>Chapter:   7 |
| TD Auto Finance LLC<br>                  Plaintiff<br><br>v.<br><br>DAPHNE Y. RAMOS<br>                  Defendant | |

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

WHEREAS, TD Auto Finance LLC (hereinafter "creditor") is the holder of a perfected security Interest in one (1) 2017 Mercedes Benz GLS Class (V.I.N. 4JGDF6EEXHA959141) owed by the above captioned debtors.

WHEREAS, TD Auto Finance LLC filed an adversary proceeding (Adversary Case No. 19-02048) contesting to the dischargeability of the underlying debt owed by the above captioned debtors

pursuant to 11. U.S.C. 523(a)(2)(A).

WHEREAS, the parties wish to allow TD Auto Finance LLC to recover and liquidate the above described vehicle in a continued effort to resolve the above referenced proceeding;

NOW THEREFORE, the creditor and debtors hereby agree as follows:

1. That the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors is terminated effective November 1, 2019 in that it shall not apply to any action by the above petitioning creditor to recover possession and dispose of its collateral; namely one (1) 2017 Mercedes Benz GLS Class (V.I.N. 4JGDF6EEXHA959141).

/s/ Joseph Devine
Joseph G. Devine, Jr., Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date:  November 18, 2019

/s/ Roger Chavez
Roger Chavez, Esq.
Attorney for Debtor
744 Broad Street, Suite 1600
Newark, New Jersey 07102

Date: November 7, 2019

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Ramos  
Daphne Y. Ramos  
     Debtors

Case No. 19-17748-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 31, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.  
db/jdb       +Michael Ramos,    Daphne Y. Ramos,    11 Center Street,    Eatontown, NJ 07724-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:

       John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Jonathan Goldsmith Cohen    on behalf of Creditor Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com  
       Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Auto Finance LLC jdevine@schillerknapp.com, kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com  
       Joseph Gunnar Devine, Jr    on behalf of Plaintiff    TD Auto Finance LLC jdevine@schillerknapp.com, kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com  
       Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
       Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
       Kevin Gordon McDonald    on behalf of Creditor    USB Leasing LT kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Laura M. Egerman    on behalf of Creditor    U.S. Bank National Association bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov  
       Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
       Michael R. DuPont    on behalf of Creditor    Community Financial Services Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
       Richard Gerbino    on behalf of Plaintiff    TD Auto Finance LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com  
       Robert Davidow    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC. nj.bkecf@fedphe.com  
       Roger Chavez    on behalf of Joint Debtor Daphne Y. Ramos rchavez01@aol.com, rchavez@chavezlegal.com  
       Roger Chavez    on behalf of Debtor Michael Ramos rchavez01@aol.com, rchavez@chavezlegal.com  
       Roger Chavez    on behalf of Defendant Daphne Y. Ramos rchavez01@aol.com, rchavez@chavezlegal.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                       TOTAL: 17