**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Ramos** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | **Daphne Y. Ramos** |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **19-17748/KCF** |

■ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B................................................................... $ 345,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ 46,827.92

   1c. Copy line 63, Total of all property on Schedule A/B................................................................. $ 391,827.92

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 273,012.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ 0.00

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ 184,772.00

   **Your total liabilities** $ 457,784.00

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................ $ 6,263.68

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*....................................................... $ 6,088.72

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **Michael Ramos** | |
|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | |

Case number *(if known)*  **19-17748/KCF**

the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **8,048.74**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Ramos** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | **Daphne Y. Ramos** |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-17748/KCF** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Lakeview Loan Servicing LLC**<br>Creditor's Name | Describe the property that secures the claim:<br><br>**For mortgage incurred by Debtors for property located at 11 Center St, Eatontown, NJ. Debtors are current with their mortgage obligations and intends on continuing making monthly mortgage payments commensurate with their ability to do so.** | **$273,012.00** | **$345,000.00** | **$0.00** |

**Servicing by LoanCare**
**ATTN: Customer Service**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)      **Mortgage**

**Date debt was incurred**    08/29/2016          **Last 4 digits of account number**    6671

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$273,012.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$273,012.00** |

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael Ramos** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Daphne Y. Ramos** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-17748/KCF** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** **Aetna Life Insurance Company** | Last 4 digits of account number   **0107** | $0.00 |

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **P.O. Box 14079** | |
| **Lexington, KY 40512-4079** | When was the debt incurred?   **12/04/2017** |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | As of the date you file, the claim is: Check all that apply |
| ☐ Debtor 1 only | ☐ Contingent |
| ■ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify **For pre-petition medical charges incurred by Debtor (Wife) not covered by insurance (claim no. ending in 2F01).** |

Debtor 1  **Michael Ramos**
Debtor 2  **Daphne Y. Ramos**

Case number (if known)    **19-17748/KCF**

| 4.2 | **American Honda Finance** | Last 4 digits of account number | **1054** | $0.00 |

Nonpriority Creditor's Name
**A/K/A Honda Financial Services
201 Little Falls Drive
Wilmington, DE 19808**

When was the debt incurred?    **09/02/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **For any potential deficiency balance incurred by Debtor in the finance of a 2015 Honda Civic vehicle.**

---

| 4.3 | **American Honda Finance** | Last 4 digits of account number | **1054** | $0.00 |

Nonpriority Creditor's Name
**A/K/A Honda Financial Services
200 Continental Drive
Newark, DE 19713**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.4 | **American Honda Finance** | Last 4 digits of account number | **1054** | $0.00 |

Nonpriority Creditor's Name
**A/K/A Honda Financial Services
National Service Center
P.O. Box 166469
Irving, TX 75016-6469**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number *(if known)* | **19-17748/KCF** |

---

| 4.5 | **Bank of America, N.A.** | Last 4 digits of account number | **4507** | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 31785**
**Tampa, FL 33631-3785**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **03/28/2017**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to finance a 2017 Mercedes Benz GLS450. Claim was charged off November 2017.**

---

| 4.6 | **Bank of America, N.A.** | Last 4 digits of account number | **4507** | $0.00 |

Nonpriority Creditor's Name
**150 North College Street**
**Charlotte, NC 28255**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.7 | **Bank of America, N.A.** | Last 4 digits of account number | **4507** | $0.00 |

Nonpriority Creditor's Name
**FL9-600-02-26**
**P.O. Box 45224**
**Jacksonville, FL 32232-5224**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** |
|----------|-------------------|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known)  **19-17748/KCF**

---

| 4.8 | **Bio-Referenced Labs** | Last 4 digits of account number | **XXXX** | $295.00 |
|-----|-------------------------|--------------------------------|----------|---------|

Nonpriority Creditor's Name
**481 Edward H. Ross Drive**
**Elmwood Park, NJ 07407**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **For pre-petition laboratory charges incurred by Debtor (Wife).**

---

| 4.9 | **Bio-Referenced Labs** | Last 4 digits of account number | **XXXX** | $0.00 |
|-----|-------------------------|--------------------------------|----------|-------|

Nonpriority Creditor's Name
**P.O. Box 650**
**Elmwood Park, NJ 07407**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.10 | **Capital One Bank** | Last 4 digits of account number | 6397 | $0.00 |
|------|----------------------|--------------------------------|------|-------|

Nonpriority Creditor's Name
**C/O KOHLS**
**P.O. Box 3115**
**Milwaukee, WI 53201**
Number Street City State Zip Code

When was the debt incurred?  **09/13/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **For charges incurred with the Capital One Bank issued KOHLS charge card. Claim was charged off May 2018.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number *(if known)* | **19-17748/KCF** |

---

| 4.1 1 | **Capital One Bank** | Last 4 digits of account number | **6397** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O KOHLS
P.O. Box 3043
Milwaukee, WI 53201**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.1 2 | **Capital One Bank** | Last 4 digits of account number | **6397** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O KOHLS
North 56 West 17000 Ridgewood
Drive
Menomonee Falls, WI 53051**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known) **19-17748/KCF**

---

**4.1 3**

**Cathaya International LLC**

Nonpriority Creditor's Name

**Oakland Trading International LLC
Eastern Trading LLC
c/o Aaron Wang | 31 Middle Road
Port Washington, NY 11050**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **4917**                                    $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debtor (Wife) is a co-defendant in the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

---

**4.1 4**

**Cathaya International LLC**

Nonpriority Creditor's Name

**c/o Aaron Wang
107 Northern Blvd., Suite 410
Great Neck, NY 11021**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **4917**                                    $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debtor (Wife) is a co-defendant in the legal matter entitled: "Cathaya International LLC v. Champion Autohaus LLC, et als.", C-000149-17.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | | |
| | | Case number (if known) | **19-17748/KCF** |

---

| 4.1 5 | **Champion Autohaus LLC** | Last 4 digits of account number | **4917** | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**a/k/a Champion Auto Leasing LLC**
**C/O Renato Cuyco, Jr.**
**1980 State Route 35**
**South Amboy, NJ 08879**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed for informational and notice purposes only relating to the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

---

| 4.1 6 | **Champion Autohaus LLC** | Last 4 digits of account number | **4917** | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Champion Auto Leasing LLC**
**C/O Renato Cuyco, Jr.**
**3 Wemmer Court**
**Sayreville, NJ 08872**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** |
|----------|-------------------|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known)    **19-17748/KCF**

---

| 4.17 | **Chase Auto Finance** | Last 4 digits of account number | **4713** | $0.00 |
|------|------------------------|--------------------------------|----------|-------|

Nonpriority Creditor's Name
**P.O. Box 901003**
**Fort Worth, TX 76101-2003**
Number Street City State Zip Code

**When was the debt incurred?**    **06/15/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to finance a 2015 Mercedes Benz GL450. Claim was charged off January 2018.**

---

| 4.18 | **Chase Auto Finance** | Last 4 digits of account number | **0006** | $99,865.00 |
|------|------------------------|--------------------------------|----------|------------|

Nonpriority Creditor's Name
**P.O. Box 901003**
**Fort Worth, TX 76101-2003**
Number Street City State Zip Code

**When was the debt incurred?**    **05/30/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to finance a 2017 Land Rover Range. Claim was charged off December 2017.**

---

Debtor 1    **Michael Ramos**
Debtor 2    **Daphne Y. Ramos**

Case number (if known)    **19-17748/KCF**

---

| 4.1 9 | **Chase Auto Finance** | Last 4 digits of account number | 5819 | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 901003**
**Fort Worth, TX 76101-2003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to finance a 2017 Land Rover Range Rover.**

---

| 4.2 0 | **Chase Auto Finance** | Last 4 digits of account number | 4713 | $0.00 |

Nonpriority Creditor's Name
**301 North Walnut Street, 9th Fl.**
**Wilmington, DE 19801-3935**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 0006 and 5819.**

---

| 4.2 1 | **Chase Auto Finance** | Last 4 digits of account number | 4713 | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 901076**
**Fort Worth, TX 76101-2076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. ending in 0006 and 5819.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

| 4.2 2 | **Chex Systems, Inc.** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name

**Attn: Customer Relations
7805 Hudson Road, Suite 100
Woodbury, MN 55125**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Listed for Informational and notice purposes only. Debtors believes Chex Systems, Inc. is reporting them as having committed "account abuse" for an overdraft with a Santander Bank and Wells Fargo checking accounts.**

| 4.2 3 | **Comcast Cable** | Last 4 digits of account number | **6830** | $86.00 |

Nonpriority Creditor's Name

**C/O Bankruptcy Dept.
800 Rahway Avenue
Union, NJ 07083**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **For past due cable charges incurred by Debtor. Claim was placed for collection with SW Credit Systems LP.**

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number *(if known)* | **19-17748/KCF** |

| 4.2 4 | **Comcast Cable** | Last 4 digits of account number | **6830** | $0.00 |

Nonpriority Creditor's Name

**C/O Correspondence
PO Box 1809
Union, NJ 07083-1809**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

| 4.2 5 | **Comcast Cable** | Last 4 digits of account number | **6830** | $0.00 |

Nonpriority Creditor's Name

**1 Comcast Center
Philadelphia, PA 19103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

---

| 4.2 6 | **Community Financial Services FCU** | Last 4 digits of account number | **2761** | $2,630.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**149 East St. George Avenue**
**Roselle, NJ 07203**

Number Street City State Zip Code

**When was the debt incurred?**   **01/16/2016**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

**For an unsecured loan incurred by Debtors. Claim was charged off August 2018. Claim is subject of a judgment obtained in the legal matter entitled: "Community Financial Services v. Michael Ramos, et al.," Docket No. L-004314-18.**

---

| 4.2 7 | **Community Financial Services FCU** | Last 4 digits of account number | **9865** | $8,796.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**149 East St. George Avenue**
**Roselle, NJ 07203**

Number Street City State Zip Code

**When was the debt incurred?**   **08/31/2016**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

**For an unsecured loan incurred by Debtor. Claim was charged off December 2018. Claim is subject of a judgment obtained in the legal matter entitled: "Community Financial Services v. Michael Ramos, et al.," Docket No. L-004314-18.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

---

| 4.2 8 | **Community Financial Services FCU** | Last 4 digits of account number | **2761** | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**524 West Edgar Road**
**P.O. Box 1514**
**Linden, NJ 07036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only. Other acct. no. ending in 9865.**

---

| 4.2 9 | **Eastern Trading LLC** | Last 4 digits of account number | **4917** | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Aaron Wang**
**133-05 32nd Avenue**
**Flushing, NY 11354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Debtor (Wife) is a co-defendant in the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

| 4.3 0 | **FOX Rothschild LLP** | Last 4 digits of account number | **4917** | | $0.00 |

Nonpriority Creditor's Name

**10 Sentry Parkway, Suite 200**
**P.O. Box 3001**
**Blue Bell, PA 19422**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

| 4.3 1 | **FOX Rothschild LLP** | Last 4 digits of account number | **4917** | | $0.00 |

Nonpriority Creditor's Name

**Princeton Pike Corporate Center**
**997 Lenox Drive, Building 3**
**Lawrence Township, NJ 08648-2311**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known)  **19-17748/KCF**

---

**4.3 2**

**FOX Rothschild LLP**
Nonpriority Creditor's Name
**P.O. Box 5231**
**Princeton, NJ 08543**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4917**                              **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only.**

---

**4.3 3**

**GM Financial**
Nonpriority Creditor's Name
**A/K/A Americredit**
**P.O. Box 181145**
**Arlington, TX 76096-1145**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **6848**                         **$44,129.00**

**When was the debt incurred?**        **06/07/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to finance a 2014 BMW X5. Claim was charged off December 2017.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

---

| 4.3<br>4 | **GM Financial** | Last 4 digits of account number | **6848** | **$0.00** |

Nonpriority Creditor's Name

**Corporate Office**
**801 Cherry Street, Suite 3500**
**Fort Worth, TX 76102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.3<br>5 | **GM Financial** | Last 4 digits of account number | **6848** | **$0.00** |

Nonpriority Creditor's Name

**ATTN: Correspondence**
**P.O. Box 183834**
**Arlington, TX 76096**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

| 4.3 6 | **Greenbaum, Rowe, Smith & Davis LLP** | Last 4 digits of account number | **4917** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN.: Stephanie G. Reckford, Esq.
75 Livingston Avenue, Suite 301
Roseland, NJ 07068**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [■] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [ ] Contingent
- [ ] Unliquidated
- [■] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts

- [■] No
- [ ] Yes

- [■] Other. Specify **For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

| 4.3 7 | **Hackensack Meridian Health** | Last 4 digits of account number | **XXXX** | **$3,709.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Jersey Shore University Medical Center
1945 NJ-53
Neptune, NJ 07753**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [■] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [ ] Contingent
- [ ] Unliquidated
- [■] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts

- [■] No
- [ ] Yes

- [■] Other. Specify **For pre-petition medical charges incurred by Debtor (Wife).**

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known)    **19-17748/KCF**

---

| 4.38 | **I. Mark Cohen Law Group** | Last 4 digits of account number | **XXXX** | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN.: Johnathan Goldsmith Cohen, Esq.**
**1 Executive Drive, Suite 6**
**Tinton Falls, NJ 07701**

Number Street City State Zip Code

When was the debt incurred?    **09/15/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

■ Debtor 1 and Debtor 2 only             ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed for informational and notice purposes only. Relating to pre-petition bankruptcy representation/ services provided by the I. Mark Cohen Law Group.**

☐ Yes    ■ Other. Specify

---

| 4.39 | **Ibrahim Law Firm** | Last 4 digits of account number | **4917** | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN.: Ihab A. Ibrahim, Esq.**
**910 Bergen Avenue, Suite 203**
**Jersey City, NJ 07306**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                          ☐ Contingent

■ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed for informational and notice purposes only relating to the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

☐ Yes    ■ Other. Specify

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

---

| 4.4 0 | **IC System, Inc.** | Last 4 digits of account number | **XXXX** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**IC Systems Collections**
**444 Highway 96 East**
**St. Paul, MN 55164**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **For collection efforts on behalf of Verizon for past due residential phone/cable charges incurred by Debtor (acct. no. ending in 2519).**

---

| 4.4 1 | **IC System, Inc.** | Last 4 digits of account number | **XXXX** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**IC Systems Collections**
**PO Box 64437**
**St. Paul, MN 55164-0437**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

| 4.4 2 | **IC System, Inc.** | **Last 4 digits of account number** | **XXXX** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**

**IC Systems Collections
PO Box 64378
St. Paul, MN 55164-0378**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

| 4.4 3 | **Jersey Shore Anesthesiology Associates** | **Last 4 digits of account number** | **0696** | **$264.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**

**1945 State Route 33
Neptune, NJ 07753**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **For pre-petition medical charges incurred by Debtor (Wife). Claim was placed for collection with Savit Collection Agency.**

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

---

| 4.4 4 | **Kehoe Financial Group** | Last 4 digits of account number | **3139** | **$0.00** |

Nonpriority Creditor's Name

**190 Moore Street, Suite 203**
**Hackensack, NJ 07601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **For collection efforts on behalf of SunPower Capital LLC for a breach of contract incurred by Debtor on a lease for the installation of solar panels to her residential property.**

---

| 4.4 5 | **LabCorp** | Last 4 digits of account number | **XXXX** | **$1,800.00** |

Nonpriority Creditor's Name

**Laboratory Corporation Of America**
**P.O. Box 2240**
**Burlington, NC 27216-2240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **For pre-petition laboratory charges incurred by Debtor (Wife).**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

| 4.4 6 | **LabCorp** | Last 4 digits of account number | **XXXX** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Laboratory Corporation Of America**
**1250 Chapel Hill Road**
**Burlington, NC 27215**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

| 4.4 7 | **Lakeview Loan Servicing LLC** | Last 4 digits of account number | **6671** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Servicing by LoanCare**
**3637 Sentara Way, Suite 303**
**Virginia Beach, VA 23452**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

Debtor 1    **Michael Ramos**
Debtor 2    **Daphne Y. Ramos**

Case number *(if known)*    **19-17748/KCF**

---

| 4.4 8 | **Lakeview Loan Servicing LLC** | Last 4 digits of account number | **6671** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Servicing by Loancare
Interstate Corporate Center
Building #9, Suite 200
Norfolk, VA 23502**

**When was the debt incurred?**    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.4 9 | **Liberty Mutual Insurance Company** | Last 4 digits of account number | **XXXX** | **$400.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Corporate Headquarters
175 Berkeley Street
Boston, MA 02116**

**When was the debt incurred?**    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **For unpaid auto insurance coverage incurred by Debtor.**

---

Debtor 1    **Michael Ramos**

Debtor 2    **Daphne Y. Ramos**

Case number (if known)    **19-17748/KCF**

---

| 4.5 0 | **Liberty Mutual Insurance Company** | Last 4 digits of account number | **XXXX** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5050 West Tilghman Street, Suite 200**

**Allentown, PA 18104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.5 1 | **McGuire Woods** | Last 4 digits of account number | **4917** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN.: Philip A. Goldstein, Esq.**

**1251 Avenue of the Americas, 20th Fl.**

**New York, NY 10020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Listed for informational and notice purposes only relating to the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number *(if known)* | **19-17748/KCF** |

---

| 4.5 2 | **McKenna, DuPont, Higgins & Stone, P.C.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**229 Broad Street**
**P.O. Box 610**
**Red Bank, NJ 07701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0727**        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Community Financial Services v. Michael Ramos, et al.," Docket No. L-004314-18.**

■ Other. Specify

---

| 4.5 3 | **Mercedes Benz Financial Services** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 961**
**Roanoke, TX 76262-0961**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0651**        $0.00

**When was the debt incurred?** **04/01/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to lease a 2017 Mercedes Benz C300. Vehicle was repossessed on or about February 2018.**

■ Other. Specify

---

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known) **19-17748/KCF**

---

| 4.5 4 | **Mercedes Benz Financial Services** | Last 4 digits of account number | **0651** | **$0.00** |

Nonpriority Creditor's Name

**P.O. Box 685**
**Roanoke, TX 76262**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.5 5 | **Mercedes-Benz Financial Services** | Last 4 digits of account number | **0651** | **$0.00** |

Nonpriority Creditor's Name

**13650 Heritage Parkway**
**Fort Worth, TX 76177**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.5 6 | **Meridian Medical Group Faculty** | Last 4 digits of account number | **9966** | **$225.00** |

Nonpriority Creditor's Name

**Hackensack Meridian Medical Group**
**2240 State Route 33 Suite B**
**Neptune, NJ 07753**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No

- ☐ Yes

☑ Other. Specify **For pre-petition medical charges incurred by Debtor (Wife). Claim was placed for collection with Simons Agency Inc.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

| 4.5 7 | **Meridian Medical Group-Specialty Care PC** | Last 4 digits of account number | **2944** | | $244.00 |

Nonpriority Creditor's Name

**Hackensack Meridian Medical Group**

**1500 Allaire Avenue, Suite 201**

**Ocean, NJ 07712**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **For pre-petition medical charges incurred by Debtor (Wife). Other acct. nos. XX05 and XX93. Claims were placed for collection with Simons Agency Inc.**

| 4.5 8 | **Meridian Medical Group-Specialty Care PC** | Last 4 digits of account number | **2944** | | $0.00 |

Nonpriority Creditor's Name

**Hackensack Meridian Medical Group**

**1200 Jumping Brook Road, Suite 201**

**Neptune, NJ 07753**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. XX05 and XX93.**

Debtor 1   **Michael Ramos**
Debtor 2   **Daphne Y. Ramos**

Case number (*if known*)   **19-17748/KCF**

---

| 4.5 9 | **Meridian Medical Group-Specialty Care PC** | | **Last 4 digits of account number** | **2944** | | **$0.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Hackensack Meridian Medical Group**
**717 North Beers Street, Suite 1E**
**Holmdel, NJ 07733**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. XX05 and XX93.**

---

| 4.6 0 | **Monmouth Hospital** | | **Last 4 digits of account number** | **XXXX** | | **$739.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Monmouth Medical Center**
**300 2nd Avenue**
**Long Branch, NJ 07740**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **For pre-petition medical charges incurred by Debtor (Wife).**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

---

| 4.6 1 | **New Jersey E-ZPass** | Last 4 digits of account number | **7577** | $51.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**New Jersey Customer Care Service Center**
**P.O. Box 52002**
**Newark, NJ 07101-8202**

When was the debt incurred?     **07/10/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **For NJ E-Z Pass charges incurred by Debtor (Husband). Claim was placed for collection with Retrieval Masters Creditors Bureau.**

---

| 4.6 2 | **New Jersey E-ZPass** | Last 4 digits of account number | **7577** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Violation Processing Center**
**P.O. Box 52005**
**Newark, NJ 07101-8205**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number *(if known)*    **19-17748/KCF**

---

**4.6 3**

**New Jersey E-ZPass**
Nonpriority Creditor's Name
**Violations Processing Center**
**P.O. Box 4971**
**Trenton, NJ 08650**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7577**    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

**4.6 4**

**New Jersey Motor Vehicle Commission**
Nonpriority Creditor's Name
**Title Records Unit**
**P.O. Box 155**
**Trenton, NJ 08666**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4917**    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed for informational and notice purposes only relating to the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**
☑ Other. Specify

---

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known)  **19-17748/KCF**

---

**4.6 5**

**New Jersey Motor Vehicle Commission**
Nonpriority Creditor's Name
**P.O. Box 017**
**Trenton, NJ 08666**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4917**                              **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Duplicate claim. Listed for informational and notice purposes only.**

---

**4.6 6**

**New Jersey Motor Vehicle Commission**
Nonpriority Creditor's Name
**225 East State Street**
**Trenton, NJ 08666**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4917**                              **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Duplicate claim. Listed for informational and notice purposes only.**

---

**4.6 7**

**Nordstrom**
Nonpriority Creditor's Name
**13531 East Caley Avenue**
**Englewood, CO 80111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **3329**                              **$0.00**

**When was the debt incurred?**  **11/24/2013**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **For charges incurred with the Nordstrom charge card. Claim was charged off march 2018.**

---

| Debtor 1 | **Michael Ramos** | | | |
|---|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | | Case number (if known) | **19-17748/KCF** |

| 4.6 8 | **Nordstrom** | Last 4 digits of account number | **3329** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 6555**
**Englewood, CO 80155**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only.**

| 4.6 9 | **Nordstrom** | Last 4 digits of account number | **3329** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 6566**
**Englewood, CO 80155**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only.**

| | |
|---|---|
| Debtor 1 **Michael Ramos** | |
| Debtor 2 **Daphne Y. Ramos** | |
| | Case number (if known) **19-17748/KCF** |

---

| 4.7 0 | **Norris McLaughlin, P.A.** | Last 4 digits of account number | **4917** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN.: Nicholas Duston, Esq.**
**400 Crossing Boulevard, 8th Fl.**
**Bridgewater, NJ 08807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed for informational and notice purposes only relating to the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

---

| 4.7 1 | **Oakland Trading International LLC** | Last 4 digits of account number | **4917** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Aaron Wang**
**133-05 32nd Avenue**
**Flushing, NY 11354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Debtor (Wife) is a co-defendant in the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

---

**4.7 2**  **Office Of The Attorney General**

Nonpriority Creditor's Name

**ATTN: Gurbir S. Grewal**
**RJ Hughes Justice Complex**
**25 Market Street, P.O. Box 080**
**Trenton, NJ 08625**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **4917**                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Listed for informational and notice purposes only relating to the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket**
☐ Other. Specify **No. C-000149-17.**

---

**4.7 3**  **PNC Bank**

Nonpriority Creditor's Name

**P.O. Box 3180**
**Pittsburgh, PA 15230**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **2674**                    $0.00

When was the debt incurred? **03/31/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to finance a 2014 BMW X5. Claim was charged off**
■ Other. Specify **December 2017.**

---

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known)  **19-17748/KCF**

---

| 4.7 4 | **PNC Bank** | Last 4 digits of account number | **2674** | $0.00 |

Nonpriority Creditor's Name

**P5-PCLC-A1-N
2730 Liberty Avenue
Pittsburgh, PA 15222-4746**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.7 5 | **PNC Bank** | Last 4 digits of account number | **2674** | $0.00 |

Nonpriority Creditor's Name

**1 Financial Parkway
Kalamazoo, MI 49009**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.7 6 | **Quest Diagnostics, Inc.** | Last 4 digits of account number | **XXXX** | $552.00 |

Nonpriority Creditor's Name

**3 Giralda Farms
Madison, NJ 07940**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **For pre-petition laboratory charges incurred by Debtor (Wife).**

---

Debtor 1    **Michael Ramos**
Debtor 2    **Daphne Y. Ramos**

Case number *(if known)*    **19-17748/KCF**

---

| 4.7 7 | **Quest Diagnostics, Inc.** | Last 4 digits of account number | **XXXX** | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 740985**
**Cincinnati, OH 45274-0985**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.7 8 | **Retrieval-Masters Creditors Bureau, Inc.** | Last 4 digits of account number | **1881** | **$0.00** |

Nonpriority Creditor's Name
**4 Westchester Plaza, Suite 110**
**Elmsford, NY 10523**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **For collection efforts on behalf of NJ E-Z Pass for tolls charges incurred by Debtor (Husband) (acct. no. ending in 7577).**

---

| 4.7 9 | **Retrieval-Masters Creditors Bureau, Inc.** | Last 4 digits of account number | **1881** | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 1235**
**Elmsford, NY 10523-0935**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number *(if known)* | **19-17748/KCF** |

| 4.80 | **Retrieval-Masters Creditors Bureau, Inc.** | Last 4 digits of account number | **1881** | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 1235**
**Elmsford, NY 10523-0935**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☒ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.81 | **Robertson, Anschutz & Schneid, PL** | Last 4 digits of account number | **4917** | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN.: Walter Gouldsbury, Esq.**
**133 Gaither Drive, Suite F**
**Mount Laurel, NJ 08054**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only

□ Contingent

■ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☒ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Listed for informational and notice purposes only relating to the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

---

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number *(if known)*    **19-17748/KCF**

---

**4.8 2**

**Rubin & Rothman, LLC**
Nonpriority Creditor's Name

**1787 Veterans Highway, Suite 32**
**P.O. Box 9003**
**Islandia, NY 11749**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number    4662**                                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **For attorneys' fees and costs relating to prosecuting the legal matter entitled: "Toyota Motor Credit Corp. v. Michael Ramos," Docket No. DC-013123-18 | VJ-003027-19.**

---

**4.8 3**

**Rubin & Rothman, LLC**
Nonpriority Creditor's Name

**190 North Avenue East**
**P.O. Box 8**
**Cranford, NJ 07016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number    4662**                                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

Debtor 1 **Michael Ramos**

Debtor 2 **Daphne Y. Ramos**

Case number (*if known*) **19-17748/KCF**

| 4.8 4 | **Santander Bank, N.A.** | Last 4 digits of account number | **XXXX** | $565.00 |

Nonpriority Creditor's Name

**MA1-MB3 01-09**

**P.O. Box 841002**

**Boston, MA 02284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **For pre-petition overdrafts on a Santander Bank checking account incurred by Debtors.**

| 4.8 5 | **Santander Bank, N.A.** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name

**Mail Code: 10-421-CN2**

**P.O. Box 12646**

**Reading, PA 19612-2646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | | |
| | | Case number (if known) | **19-17748/KCF** |

---

| 4.8 6 | **Santander Bank, N.A.** | Last 4 digits of account number | **XXXX** | | $0.00 |

Nonpriority Creditor's Name

**Mail Code: RI1 EPV 02-23
One Sovereign Way
East Providence, RI 02915**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.8 7 | **Savit Collection Agency** | Last 4 digits of account number | **0696** | | $0.00 |

Nonpriority Creditor's Name

**P.O. Box 250
East Brunswick, NJ 08816-0250**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **10/12/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **For collection efforts on behalf of Jersey Shore Anesthesiology Associates for pre-petition medical charge incurred by Debtor (Wife).**

---

| 4.8 8 | **Savit Collection Agency** | Last 4 digits of account number | **0696** | | $0.00 |

Nonpriority Creditor's Name

**46 West Ferris Street
East Brunswick, NJ 08816**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** | | | |
|---|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | | Case number (if known) | **19-17748/KCF** |

---

| 4.8 9 | **Seahorse Pediatrics LLC** | Last 4 digits of account number | **2F01** | $320.00 |

Nonpriority Creditor's Name

**Shabnam Maghsood, MD**
**142 Route 35, Suite 105**
**Eatontown, NJ 07724**

When was the debt incurred?    **09/12/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **For pre-petition medical charges incurred by Debtor (Wife) for minor son.**

---

| 4.9 0 | **Simons Agency, Inc.** | Last 4 digits of account number | **9966** | $0.00 |

Nonpriority Creditor's Name

**4963 Wintersweet Drive**
**Liverpool, NY 13088**

When was the debt incurred?    **09/14/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **For collection efforts on behalf of Meridian Medical Group Faculty for pre-petition medical charges incurred by Debtor (Wife). Other acct. nos. 2944, XX05 and XX93.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | | |
| | | Case number *(if known)* | **19-17748/KCF** |

| 4.9 1 | **Simons Agency, Inc.** | Last 4 digits of account number | **9966** | **$0.00** |

Nonpriority Creditor's Name

**436 Main Street, Suite# 263
Spotswood, NJ 08884**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. 2944, XX05 and XX93.**

---

| 4.9 2 | **Simons Agency, Inc.** | Last 4 digits of account number | **9966** | **$0.00** |

Nonpriority Creditor's Name

**3713 Brewerton Road, Suite 1
Syracuse, NY 13212**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Duplicate claim. Listed for informational and notice purposes only. Other acct. nos. 2944, XX05 and XX93.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | | |
| | | Case number (if known) | **19-17748/KCF** |

| 4.9 3 | **SunPower Capital, LLC** | Last 4 digits of account number | **6001** | $19,148.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: SunPower Financing**
**2900 Esperanza Crossing, 2nd Fl.**
**Austin, TX 78758**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

**When was the debt incurred?**  07/13/2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **For a breach of contract on a lease incurred by Debtor for the installation of solar panels to her residential property. Claim was placed for collection with Kehoe Financial Group.**

| 4.9 4 | **SunPower Capital, LLC** | Last 4 digits of account number | **6001** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 844863**
**Los Angeles, CA 90084-4863**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number (if known) | **19-17748/KCF** |

---

| 4.9 5 | **SW Credit Systems, Inc.** | Last 4 digits of account number | **6830** | $0.00 |

Nonpriority Creditor's Name

**Southwest Credit Systems**
**4120 International, Suite 100**
**Carrollton, TX 75007**

When was the debt incurred?      **10/15/2018**

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify

**For collection efforts on behalf of Comcast for past due cable charges incurred by Debtor.**

---

| 4.9 6 | **TD Auto Finance, LLC** | Last 4 digits of account number | **3377** | $0.00 |

Nonpriority Creditor's Name

**P.O. Box 9223**
**Farmington Hills, MI 48333-9223**

When was the debt incurred?      **05/26/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify

**For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to finance a 2017 Mercedes Benz GLS. Claim was charged off December 2017.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | | |

Case number (if known)     **19-17748/KCF**

---

| 4.9 7 | **TD Auto Finance, LLC** | Last 4 digits of account number | **3377** | $0.00 |

Nonpriority Creditor's Name

**2777 Franklin Road**
**Farmington Hills, MI 48334**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.9 8 | **TD Auto Finance, LLC** | Last 4 digits of account number | **3377** | $0.00 |

Nonpriority Creditor's Name

**ATTN: Customer Resolution Dept.**
**P.O. Box 9226**
**Farmington, MI 48333-9226**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | | |
| | | Case number (if known) | **19-17748/KCF** |

---

**4.99**

**Toyota Motor Credit Corporation**
Nonpriority Creditor's Name

**5005 N. River Boulevard NE**
**Cedar Rapids, IA 52411-6634**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **T381**                $0.00

**When was the debt incurred?**    04/19/2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to lease a 2017 Lexus RC 350. Claim is subject of a judgment obtained in the legal matter entitled: "TMCC v. Michael Ramos," Docket No. DC-013123-18|VJ-003027-19.**

■ Other. Specify

---

**4.100**

**Toyota Motor Credit Corporation**
Nonpriority Creditor's Name

**Bankruptcy Department**
**P.O. Box 8026**
**Cedar Rapids, IA 52409-8026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **T381**                $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Duplicate claim. Listed for informational and notice purposes only.**

■ Other. Specify

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number *(if known)* | **19-17748/KCF** |

---

| 4.1 01 | **Toyota Motor Credit Corporation** | Last 4 digits of account number **T381** | $0.00 |

Nonpriority Creditor's Name
**19001 South Western Avenue, WF22**
**Torrance, CA 90501**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.1 02 | **US Bank** | Last 4 digits of account number **2208** | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 3447**
**Oshkosh, WI 54903**
Number Street City State Zip Code

**When was the debt incurred?** **04/19/2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **For a deficiency balance allegedly incurred by Debtor on a fraudulent claim to lease a 2017 Jeep Grand Cherokee. Claim was charged off December 2017.**

---

| 4.1 03 | **US Bank** | Last 4 digits of account number **2208** | $0.00 |

Nonpriority Creditor's Name
**205 West 4th Street, Suite 700**
**Cincinnati, OH 45202**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known) **19-17748/KCF**

---

**4.1 04**

| **Verizon** | Last 4 digits of account number | **2519** | **$821.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 650584**
**Dallas, TX 75265**

When was the debt incurred? **09/01/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **For past due residential phone/cable charges incurred by Debtor. Claim was placed for collection with IC Systems, Inc.**

---

**4.1 05**

| **Verizon** | Last 4 digits of account number | **2519** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Billing Office**
**236 E. Town Street #170**
**Columbus, OH 43215-4633**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

---

**4.1 06**

| **Verizon** | Last 4 digits of account number | **2519** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**500 Technology Drive, Suite 550**
**Weldon Springs, MO 63304**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Duplicate claim. Listed for informational and notice purposes only.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor 1 | **Michael Ramos** |
|---|---|
| Debtor 2 | **Daphne Y. Ramos** |

Case number (if known)    **19-17748/KCF**

---

**4.1 07**

| **Weiner Law Group LLC** | Last 4 digits of account number | **459A** | | $0.00 |
|---|---|---|---|---|
| Nonpriority Creditor's Name | | | | |

**ATTN: Ronald A. Berutti, Esq.**
**629 Parsippany Road**
**P.O. Box 0438**
**Parsippany, NJ 07054**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

**Listed for informational and notice purposes only relating to the legal matter entitled: "Cathaya International LLC, et al. v. Champion Autohaus LLC, et al.," Docket No. C-000149-17.**

---

**4.1 08**

| **Wells Fargo Bank** | Last 4 digits of account number | **9235** | | $0.00 |
|---|---|---|---|---|
| Nonpriority Creditor's Name | | | | |

**P.O. Box 14517**
**Des Moines, IA 50306**

When was the debt incurred?    **09/03/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

**For charges incurred with the Wells Fargo Bank charge card. Claim was charged off April 2018.**

---

Debtor 1  **Michael Ramos**
Debtor 2  **Daphne Y. Ramos**

Case number (if known)  **19-17748/KCF**

---

| 4.1 09 | **Wells Fargo Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Credit Bureau Disputes | B6955 019**
**PO Box 31557**
**Billings, MT 59107**
Number Street City State Zip Code

Last 4 digits of account number  **9235**   $0.00

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.1 10 | **Wells Fargo Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 94435**
**Albuquerque, NM 87199**
Number Street City State Zip Code

Last 4 digits of account number  **9235**   $0.00

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.1 11 | **Wells Fargo Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Writs & Levies Processing**
**101 North Independence Mall East**
**MAC Code Y1372-039**
**Philadelphia, PA 19106**
Number Street City State Zip Code

Last 4 digits of account number  **2642**   $133.00

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **For pre-petition overdrafts on a Wells Fargo Bank checking account incurred by Debtor.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number *(if known)* | **19-17748/KCF** |

---

| 4.1 12 | **Wells Fargo Bank** | Last 4 digits of account number | **2642** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Legal Order Processing**
**D1111-01A**
**P.O. Box 1416**
**Charlotte, NC 28262**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

- □ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans

**Is the claim subject to offset?**

- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No

- □ Debts to pension or profit-sharing plans, and other similar debts

- □ Yes

- ■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| 4.1 13 | **Wells Fargo Bank** | Last 4 digits of account number | **2642** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 94435**
**Albuquerque, NM 87199**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

- □ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans

**Is the claim subject to offset?**

- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No

- □ Debts to pension or profit-sharing plans, and other similar debts

- □ Yes

- ■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only.**

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | | |
| | | Case number (if known) | **19-17748/KCF** |

| 4.1<br>14 | **Wells Fargo Card Services** | Last 4 digits of account number | **2564** | $0.00 |

Nonpriority Creditor's Name

**Wells Fargo Bank NA**
**Credit Bureau Dispute Resolution**
**P.O. Box 14517**
**Des Moines, IA 50306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **07/28/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **For charges incurred with the Wells Fargo Card Services issued VISA credit card. Claim was charged off April 2018. Other acct. no. 9371 (Wife).**

---

| 4.1<br>15 | **Wells Fargo Card Services** | Last 4 digits of account number | **2564** | $0.00 |

Nonpriority Creditor's Name

**P.O. Box 10347**
**Des Moines, IA 50306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Duplicate claim. Listed for informational and notice purposes only. Other acct. no. 9371 (Wife).**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Michael Ramos**

Debtor 2   **Daphne Y. Ramos**

Case number (if known)    **19-17748/KCF**

---

| 4.1 16 | **Wells Fargo Card Services** | Last 4 digits of account number   **2564** | **$0.00** |

Nonpriority Creditor's Name

**Wells Fargo Bank NA**
**Consumer Credit Solutions**
**P.O. Box 30086**
**Los Angeles, CA 90030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Duplicate claim. Listed for informational and notice purposes only. Other acct. no. 9371 (Wife).**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**FOX Rothschild LLP**
**10 Sentry Parkway, Suite 200**
**P.O. Box 3001**
**Blue Bell, PA 19422**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Greenbaum, Rowe, Smith & Davis LLP**
**Stephanie G. Reckford, Esq.**
**75 Livingston Avenue, Suite 301**
**Roseland, NJ 07068**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Greenbaum, Rowe, Smith & Davis LLP**
**Stephanie G. Reckford, Esq.**
**75 Livingston Avenue, Suite 301**
**Roseland, NJ 07068**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.71** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**McKenna, DuPont, Higgins & Stone, P.C.**
**229 Broad Street**
**P.O. Box 610**
**Red Bank, NJ 07701**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**McKenna, DuPont, Higgins & Stone, P.C.**
**229 Broad Street**
**P.O. Box 610**
**Red Bank, NJ 07701**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Debtor 1 | **Michael Ramos** | | |
|---|---|---|---|
| Debtor 2 | **Daphne Y. Ramos** | Case number *(if known)* | **19-17748/KCF** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rubin & Rothman, LLC** <br> **1787 Veterans Highway, Suite 32** <br> **P.O. Box 9003** <br> **Islandia, NY 11749** | Line **4.99** of (*Check one*): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

**6.** **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 184,772.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 184,772.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Ramos** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Daphne Y. Ramos** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **19-17748/KCF** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ Michael Ramos | X /s/ Daphne Y. Ramos |
|---|---|
| Michael Ramos | Daphne Y. Ramos |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date  **October  4, 2021** | Date  **October  4, 2021** |

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules