UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROGER CHAVEZ, ESQ. (RC4040)
THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1600
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTORS, MICHAEL RAMOS AND DAPHNE Y. RAMOS

**Order Filed on October 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

MICHAEL RAMOS AND DAPHNE Y. RAMOS,

Debtors.

Case No.: 19-17748/KCF

Chapter 7

Judge: Kathryn C. Ferguson

Hearing Date: October 26, 2021 @ 10:00AM

## ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

**DATED: October 26, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Debtors:  Michael Ramos and Daphne Y. Ramos**
**Chapter 7         |  Case No. 19-17748/KCF**
**Caption of Order:    ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13**

---

**THIS MATTER** having been opened to the Court by Roger Chavez, Esq., attorney for the Debtors, Michael Ramos and Daphne Y. Ramos, on a Notice of Motion seeking to convert the Debtors' Chapter 7 case to Chapter 13; the Court having considered the moving papers, any timely filed written opposition and the oral arguments of the parties, if any, and the Court having concluded that good and sufficient cause exists to enter an Order granting the relief requested,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtors' motion to convert their Chapter 7 case to a Chapter 13 proceeding be and hereby is granted.

2. The Debtors shall file any amendments to previously filed schedules within 14 days of the date of this Order.

3. The Chapter 7 Panel Trustee's role in this case is effectively terminated.  The Chapter 7 trustee shall:

   a. immediately turn over to the Debtors all records and property of the estate in his/her custody or control,

   b. within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

   c. within 15 days of the date of this Order, file a Request for Payment of Administrative Expenses, if appropriate, it is further

**Debtors: Michael Ramos and Daphne Y. Ramos**
**Chapter 7         | Case No. 19-17748/KCF**
**Caption of Order:    ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13**

ORDERED that:

- in the event the Debtors cannot convert their case to Chapter 13, fail to confirm a Chapter 13 plan and/or fail to make plan payments, the Debtors' case shall not be reconverted to Chapter 7 and shall be dismissed,

- the conversion is conditioned upon payment by the Debtors, through the Chapter 13 plan, of all allowed Chapter 7 administrative expenses, and it is further

ORDERED that within 14 days of the date of this Order the Debtors shall file:

- a Chapter 13 Plan and Motions, and

- disclosure of Chapter 13 Debtor's attorney compensation-if represented by an attorney.

ORDERED that if the Debtors fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed by the Court without further notice. Any objection to dismissal must be filed and received by the Clerk within 7 days of the date of this Order.