Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17748−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Michael Ramos
  11 Center Street
  Eatontown, NJ 07724

  Daphne Y. Ramos
  aka Daphne Y. Casanova
  11 Center Street
  Eatontown, NJ 07724

Social Security No.:
  xxx−xx−2195

  xxx−xx−4173

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 1/4/22
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: November 10, 2021
JAN: pbf

                                                 Jeanne Naughton
                                                 Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                        Case No. 19-17748-MBK

Michael Ramos                                 Chapter 13

Daphne Y. Ramos

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Nov 10, 2021 | Form ID: 132 | Total Noticed: 121 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Ramos, Daphne Y. Ramos, 11 Center Street, Eatontown, NJ 07724-1703 |
| cr | + | Community Financial Services Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, MO 07701-0610 UNITED STATES 07701-2009 |
| cr | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518186762 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, A/K/A Honda Financial Services, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518186761 | | Aetna Life Insurance Company, P.O. Box 14079, Lexington, KY 40512-4079 |
| 518186766 | + | Bank of America, N.A., 150 North College Street, Charlotte, NC 28255-0001 |
| 518186767 | | Bank of America, N.A., FL9-600-02-26, P.O. Box 45224, Jacksonville, FL 32232-5224 |
| 518186765 | | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518186768 | + | Bio-Referenced Labs, 481 Edward H. Ross Drive, Elmwood Park, NJ 07407-3128 |
| 518186769 | | Bio-Referenced Labs, P.O. Box 650, Elmwood Park, NJ 07407 |
| 518186774 | + | Cathaya International LLC, c/o Aaron Wang, 107 Northern Blvd., Suite 410, Great Neck, NY 11021-4312 |
| 518186773 | + | Cathaya International LLC, Oakland Trading International LLC, Eastern Trading LLC, c/o Aaron Wang, 31 Middle Road Port Washington, NY 11050-2615 |
| 518186775 | + | Champion Autohaus LLC, a/k/a Champion Auto Leasing LLC, C/O Renato Cuyco, Jr., 1980 State Route 35, South Amboy, NJ 08879-2078 |
| 518186778 | + | Chase Auto Finance, 301 North Walnut Street, 9th Fl., Wilmington, DE 19801-3971 |
| 518186785 | + | Community Financial Services FCU, 524 West Edgar Road, P.O. Box 1514, Linden, NJ 07036-0005 |
| 518186784 | + | Community Financial Services FCU, 149 East St. George Avenue, Roselle, NJ 07203-2936 |
| 518186786 | + | Eastern Trading LLC, c/o Aaron Wang, 133-05 32nd Avenue, Flushing, NY 11354-1902 |
| 518186789 | + | FOX Rothschild LLP, P.O. Box 5231, Princeton, NJ 08543-5231 |
| 518186788 | + | FOX Rothschild LLP, Princeton Pike Corporate Center, 997 Lenox Drive, Building 3, Lawrence Township, NJ 08648-2317 |
| 518186787 | + | FOX Rothschild LLP, 10 Sentry Parkway, Suite 200, P.O. Box 3001, Blue Bell, PA 19422-0750 |
| 518186794 | + | Greenbaum, Rowe, Smith & Davis LLP, Stephanie G. Reckford, Esq., 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3738 |
| 518186793 | + | Greenbaum, Rowe, Smith & Davis LLP, ATTN.: Stephanie G. Reckford, Esq., 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3788 |
| 518186795 | | Hackensack Meridian Health, Jersey Shore University Medical Center, 1945 NJ-53, Neptune, NJ 07753 |
| 518186796 | + | I. Mark Cohen Law Group, ATTN.: Johnathan Goldsmith Cohen, Esq., 1 Executive Drive, Suite 6, Tinton Falls, NJ 07701-4938 |
| 518186798 | + | IC System, Inc., IC Systems Collections, 444 Highway 96 East, St. Paul, MN 55127-2557 |
| 518186799 | | IC System, Inc., IC Systems Collections, PO Box 64437, St. Paul, MN 55164-0437 |
| 518186800 | | IC System, Inc., IC Systems Collections, PO Box 64378, St. Paul, MN 55164-0378 |
| 518186797 | + | Ibrahim Law Firm, ATTN.: Ihab A. Ibrahim, Esq., 910 Bergen Avenue, Suite 203, Jersey City, NJ 07306-4311 |
| 518186801 | + | Jersey Shore Anesthesiology Associates, 1945 State Route 33, Neptune, NJ 07753-4896 |
| 518186804 | + | LabCorp, Laboratory Corporation Of America, 1250 Chapel Hill Road, Burlington, NC 27215-7141 |
| 518186803 | | LabCorp, Laboratory Corporation Of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 518186805 | + | Lakeview Loan Servicing LLC, Servicing by LoanCare, ATTN: Customer Service, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518186806 | + | Lakeview Loan Servicing LLC, Servicing by LoanCare, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 518186807 | | Lakeview Loan Servicing LLC, Servicing by Loancare, Interstate Corporate Center, Building #9, Suite 200, Norfolk, VA 23502 |
| 518186808 | + | Liberty Mutual Insurance Company, Corporate Headquarters, 175 Berkeley Street, Boston, MA 02116-5066 |
| 518186810 | + | McGuire Woods, ATTN.: Philip A. Goldstein, Esq., 1251 Avenue of the Americas, 20th Fl., New York, NY 10020-1104 |

| | | |
|---|---|---|
| 518186816 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 1500 Allaire Avenue, Suite 201, Ocean, NJ 07712-7603 |
| 518186818 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 717 North Beers Street, Suite 1E, Holmdel, NJ 07733-1525 |
| 518186817 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 1200 Jumping Brook Road, Suite 201, Neptune, NJ 07753-2635 |
| 518186819 | + | Michael Teitelbaum, Barbara Teitelbaum, 11 Center Street, Apt. #B, Eatontown, NJ 07724-1703 |
| 518186820 | + | Monmouth Hospital, Monmouth Medical Center, 300 2nd Avenue, Long Branch, NJ 07740-6395 |
| 518186823 | ++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562 address filed with court:, New Jersey E-ZPass, Violations Processing Center, P.O. Box 4971, Trenton, NJ 08650 |
| 518186822 | | New Jersey E-ZPass, Violation Processing Center, P.O. Box 52005, Newark, NJ 07101-8205 |
| 518186821 | | New Jersey E-ZPass, New Jersey Customer Care Service Center, P.O. Box 52002, Newark, NJ 07101-8202 |
| 518186825 | + | New Jersey Motor Vehicle Commission, P.O. Box 017, Trenton, NJ 08666-0017 |
| 518186824 | + | New Jersey Motor Vehicle Commission, Title Records Unit, P.O. Box 155, Trenton, NJ 08666-0155 |
| 518186826 | + | New Jersey Motor Vehicle Commission, 225 East State Street, Trenton, NJ 08666-0001 |
| 518186830 | + | Norris McLaughlin, P.A., ATTN.: Nicholas Duston, Esq., 400 Crossing Boulevard, 8th Fl., Bridgewater, NJ 08807-2863 |
| 518186831 | + | Oakland Trading International LLC, c/o Aaron Wang, 133-05 32nd Avenue, Flushing, NY 11354-1902 |
| 518186832 | + | Office Of The Attorney General, ATTN: Gurbir S. Grewal, RJ Hughes Justice Complex, 25 Market Street, P.O. Box 080, Trenton, NJ 08625-0080 |
| 518186837 | | Quest Diagnostics, Inc., P.O. Box 740985, Cincinnati, OH 45274-0985 |
| 518186840 | + | Robertson, Anschutz & Schneid, PL, ATTN.: Walter Gouldsbury, Esq., 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 518186842 | + | Rubin & Rothman, LLC, 190 North Avenue East, P.O. Box 8, Cranford, NJ 07016-0008 |
| 518186850 | + | Simons Agency, Inc., 436 Main Street, Suite# 263, Spotswood, NJ 08884-1702 |
| 518186852 | + | SunPower Capital, LLC, ATTN: SunPower Financing, 2900 Esperanza Crossing, 2nd Fl., Austin, TX 78758-3658 |
| 518186853 | | SunPower Capital, LLC, P.O. Box 844863, Los Angeles, CA 90084-4863 |
| 518186855 | | TD Auto Finance, LLC, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 518186857 | | TD Auto Finance, LLC, ATTN: Customer Resolution Dept., P.O. Box 9226, Farmington, MI 48333-9226 |
| 518186856 | | TD Auto Finance, LLC, 2777 Franklin Road, Farmington Hills, MI 48334 |
| 518186860 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corporation, 19001 South Western Avenue, WF22, Torrance, CA 90501 |
| 518315990 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518186862 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, 205 West 4th Street, Suite 700, Cincinnati, OH 45202 |
| 518186861 | + | US Bank, P.O. Box 3447, Oshkosh, WI 54903-3447 |
| 518186866 | + | Weiner Law Group LLC, ATTN: Ronald A. Berutti, Esq., 629 Parsippany Road, P.O. Box 0438, Parsippany, NJ 07054-0438 |
| 518186870 | + | Wells Fargo Bank, Writs & Levies Processing, 101 North Independence Mall East, MAC Code Y1372-039, Philadelphia, PA 19106-2112 |
| 518186871 | + | Wells Fargo Bank, Legal Order Processing, D1111-01A, P.O. Box 1416, Charlotte, NC 28201-1416 |
| 518186867 | + | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518186868 | + | Wells Fargo Bank, Credit Bureau Disputes, B6955 019, PO Box 31557, Billings, MT 59107-1557 |
| 518186869 | + | Wells Fargo Bank, P.O. Box 94435, Albuquerque, NM 87199-4435 |
| 519354407 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518186872 | + | Wells Fargo Card Services, Wells Fargo Bank NA, Credit Bureau Dispute Resolution, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518186873 | + | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 518186874 | + | Wells Fargo Card Services, Wells Fargo Bank NA, Consumer Credit Solutions, P.O. Box 30086, Los Angeles, CA 90030-0086 |

TOTAL: 75

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | Nov 10 2021 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | Nov 10 2021 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | Nov 10 2021 20:38:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518186764 | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | Nov 10 2021 20:38:00 | American Honda Finance, A/K/A Honda Financial Services, National Service Center, P.O. Box 166469, Irving, TX 75016-6469 |
| 519349709 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | Nov 10 2021 20:38:00 | Americredit Financial Services, Inc., Dba GM Financial, P O Box 183853, Arlington, TX 76096 |

Case 19-17748-MBK    Doc 67    Filed 11/12/21    Entered 11/13/21 00:15:50    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 132 | Total Noticed: 121 |

| Recipient # | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518186763 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 10 2021 20:38:00 | American Honda Finance, A/K/A Honda Financial Services, 200 Continental Drive, Newark, DE 19713-4336 |
| 519346989 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 20:46:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518186772 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2021 20:37:00 | Capital One Bank, C/O KOHLS, North 56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 518186771 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2021 20:37:00 | Capital One Bank, C/O KOHLS, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 518186770 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2021 20:37:00 | Capital One Bank, C/O KOHLS, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 518186777 | | Email/Text: bk.notifications@jpmchase.com | Nov 10 2021 20:38:00 | Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 518186779 | | Email/Text: bk.notifications@jpmchase.com | Nov 10 2021 20:38:00 | Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 518186780 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Nov 10 2021 20:38:00 | Chex Systems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 518186783 | + | Email/Text: documentfiling@lciinc.com | Nov 10 2021 20:37:00 | Comcast Cable, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 518186782 | | Email/Text: documentfiling@lciinc.com | Nov 10 2021 20:37:00 | Comcast Cable, C/O Correspondence, PO Box 1809, Union, NJ 07083-1809 |
| 518186781 | + | Email/Text: documentfiling@lciinc.com | Nov 10 2021 20:37:00 | Comcast Cable, C/O Bankruptcy Dept., 800 Rahway Avenue, Union, NJ 07083-6691 |
| 518186791 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2021 20:38:00 | GM Financial, Corporate Office, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 518186792 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2021 20:38:00 | GM Financial, ATTN: Correspondence, P.O. Box 183834, Arlington, TX 76096-3834 |
| 518186790 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2021 20:38:00 | GM Financial, A/K/A Americredit, P.O. Box 181145, Arlington, TX 76096-1145 |
| 518186802 | + | Email/Text: info@kehoefinancial.com | Nov 10 2021 20:38:00 | Kehoe Financial Group, 190 Moore Street, Suite 203, Hackensack, NJ 07601-7418 |
| 519354975 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2021 20:37:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 518186811 | + | Email/Text: laura@redbanklaw.com | Nov 10 2021 20:37:00 | McKenna, DuPont, Higgins & Stone, P.C., 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| 518186812 | | Email/Text: M74banko@daimler.com | Nov 10 2021 20:38:00 | Mercedes Benz Financial Services, P.O. Box 961, Roanoke, TX 76262-0961 |
| 518186813 | + | Email/Text: M74banko@daimler.com | Nov 10 2021 20:38:00 | Mercedes Benz Financial Services, P.O. Box 685, Roanoke, TX 76262-0685 |
| 518186814 | + | Email/Text: M74banko@daimler.com | Nov 10 2021 20:38:00 | Mercedes-Benz Financial Services, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 518186823 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 10 2021 20:38:00 | New Jersey E-ZPass, Violations Processing Center, P.O. Box 4971, Trenton, NJ 08650 |
| 518186828 | + | Email/Text: bnc@nordstrom.com | Nov 10 2021 20:38:15 | Nordstrom, P.O. Box 6555, Englewood, CO 80155-6555 |
| 518186829 | + | Email/Text: bnc@nordstrom.com | Nov 10 2021 20:38:16 | Nordstrom, P.O. Box 6566, Englewood, CO 80155-6566 |
| 518186827 | + | Email/Text: bnc@nordstrom.com | Nov 10 2021 20:38:37 | Nordstrom, 13531 East Caley Avenue, |

Case 19-17748-MBK    Doc 67    Filed 11/12/21    Entered 11/13/21 00:15:50    Desc Imaged
                                Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 132 | Total Noticed: 121 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Englewood, CO 80111-6505 |
| 518186835 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 20:37:00 | PNC Bank, 1 Financial Parkway, Kalamazoo, MI 49009 |
| 518186833 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 20:37:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 518186834 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 20:37:00 | PNC Bank, P5-PCLC-A1-N, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518186836 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 10 2021 20:38:00 | Quest Diagnostics, Inc., 3 Giralda Farms, Madison, NJ 07940-1027 |
| 518186838 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 10 2021 20:38:00 | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518186839 | | Email/Text: bkrpt@retrievalmasters.com | Nov 10 2021 20:38:00 | Retrieval-Masters Creditors Bureau, Inc., P.O. Box 1235, Elmsford, NY 10523-0935 |
| 518186841 | + | Email/Text: bankruptcy@rubinrothman.com | Nov 10 2021 20:37:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 518186854 | + | Email/Text: bankruptcy@sw-credit.com | Nov 10 2021 20:38:00 | SW Credit Systems, Inc., Southwest Credit Systems, 4120 International, Suite 100, Carrollton, TX 75007-1958 |
| 518186844 | | Email/Text: DeftBkr@santander.us | Nov 10 2021 20:38:00 | Santander Bank, N.A., Mail Code: 10-421-CN2, P.O. Box 12646, Reading, PA 19612-2646 |
| 518186843 | + | Email/Text: DeftBkr@santander.us | Nov 10 2021 20:38:00 | Santander Bank, N.A., MA1-MB3 01-09, P.O. Box 841002, Boston, MA 02284-1002 |
| 518186845 | | Email/Text: DeftBkr@santander.us | Nov 10 2021 20:38:00 | Santander Bank, N.A., Mail Code: RI1 EPV 02-23, One Sovereign Way, East Providence, RI 02915 |
| 518186847 | + | Email/Text: bankruptcy@savit.com | Nov 10 2021 20:38:00 | Savit Collection Agency, 46 West Ferris Street, East Brunswick, NJ 08816-2159 |
| 518186846 | | Email/Text: bankruptcy@savit.com | Nov 10 2021 20:38:00 | Savit Collection Agency, P.O. Box 250, East Brunswick, NJ 08816-0250 |
| 518186851 | + | Email/Text: clientservices@simonsagency.com | Nov 10 2021 20:38:00 | Simons Agency, Inc., 3713 Brewerton Road, Suite 1, Syracuse, NY 13212-3843 |
| 518186849 | + | Email/Text: clientservices@simonsagency.com | Nov 10 2021 20:38:00 | Simons Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518186865 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2021 20:37:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 518186864 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2021 20:37:00 | Verizon, Attn: Billing Office, 236 E. Town Street #170, Columbus, OH 43215-4631 |
| 518186863 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2021 20:37:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518186858 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, 5005 N. River Boulevard NE, Cedar Rapids, IA 52411-6634 |
| 518186859 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, Bankruptcy Department, P.O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 518186776 | ##+ | Champion Autohaus LLC, Champion Auto Leasing LLC, C/O Renato Cuyco, Jr., 3 Wemmer Court, Sayreville, NJ 08872-2148 |
| 518186809 | ##+ | Liberty Mutual Insurance Company, 5050 West Tilghman Street, Suite 200, Allentown, PA 18104-9154 |
| 518186815 | ##+ | Meridian Medical Group Faculty, Hackensack Meridian Medical Group, 2240 State Route 33 Suite B, Neptune, NJ 07753-6104 |
| 518186848 | ##+ | Seahorse Pediatrics LLC, Shabnam Maghsood, MD, 142 Route 35, Suite 105, Eatontown, NJ 07724-1864 |

TOTAL: 0 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2021            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan Goldsmith Cohen | on behalf of Creditor Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Joseph Gunnar Devine, Jr | on behalf of Plaintiff TD Auto Finance LLC jdevine@tmppllc.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Auto Finance LLC jdevine@tmppllc.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor USB Leasing LT kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Michael A. Artis | on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. DuPont | on behalf of Creditor Community Financial Services Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Richard Gerbino | on behalf of Plaintiff TD Auto Finance LLC rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Roger Chavez | on behalf of Debtor Michael Ramos rchavez01@aol.com rchavez@chavezlegal.com |
| Roger Chavez | on behalf of Defendant Michael Ramos rchavez01@aol.com rchavez@chavezlegal.com |
| Roger Chavez | on behalf of Defendant Daphne Y. Ramos rchavez01@aol.com rchavez@chavezlegal.com |
| Roger Chavez | on behalf of Joint Debtor Daphne Y. Ramos rchavez01@aol.com rchavez@chavezlegal.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3      User: admin      Page 6 of 6
Date Rcvd: Nov 10, 2021      Form ID: 132      Total Noticed: 121
TOTAL: 17