UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                CASE NO.: 19-17748
                                                                        CHAPTER 13

**Michael Ramos,**
   **Debtor.**

**Daphne Y. Ramos,**
   **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Lakeview Loan Servicing, LLC. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 7004**

                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Authorized Agent for Secured Creditor
                                           130 Clinton Rd #202
                                           Fairfield, NJ 7004
                                           Telephone: 470-321-7112

                                           By: /s/Harold Kaplan
                                               Harold Kaplan
                                               Email: hkaplan@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on December 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL RAMOS
11 CENTER STREET
EATONTOWN, NJ 07724

DAPHNE Y. RAMOS
11 CENTER STREET
EATONTOWN, NJ 07724

And via electronic mail to:

ROGER CHAVEZ
744 BROAD STREET, SUITE 1600
NEWARK, NJ 07102

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                  By: /s/ Brianna Carr