| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, New Jersey 07004<br>Telephone Number: 973-575-0707<br>Attorneys for Secured Creditor<br><br>Harold Kaplan (HK 0226) | Order Filed on February 10, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Michael Ramos,**<br><br>and<br><br>**Daphne Y. Ramos**<br>*aka* **Daphne Y. Casanova,**<br><br>        **Debtors.** | Case No.:    19-17748-MBK<br><br>Chapter:    13<br><br>Hearing Date: 02/09/2022<br><br>Judge:    Michael B. Kaplan |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: February 10, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **2**
Debtors:     **Michael Ramos and Daphne Y. Ramos**
Case No.:    **19-17748-MBK**
Caption of Order:  **Order Vacating Stay**

___

Upon the motion of USB Leasing LT, ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Personal property more fully described as:

2017 JEEP GRAND CHEROKEE, 1C4RJFBG1HC743150

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.