Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−17748−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Ramos
11 Center Street
Eatontown, NJ 07724

Daphne Y. Ramos
aka Daphne Y. Casanova
11 Center Street
Eatontown, NJ 07724

Social Security No.:
   xxx−xx−2195                                          xxx−xx−4173

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on November 9, 2021 and a confirmation hearing on such Plan has been scheduled for February 23, 2022.

The debtor filed a Modified Plan on February 14, 2022 and a confirmation hearing on the Modified Plan is scheduled for March 23, 2022 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 16, 2022
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17748-MBK |
| Michael Ramos | Chapter 13 |
| Daphne Y. Ramos | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Feb 16, 2022 | Form ID: 186 | Total Noticed: 131 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Ramos, Daphne Y. Ramos, 11 Center Street, Eatontown, NJ 07724-1703 |
| cr | + | Community Financial Services Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, MO 07701-0610 UNITED STATES 07701-2009 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518186762 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, A/K/A Honda Financial Services, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518186761 | | Aetna Life Insurance Company, P.O. Box 14079, Lexington, KY 40512-4079 |
| 518186766 | + | Bank of America, N.A., 150 North College Street, Charlotte, NC 28255-0001 |
| 518186767 | + | Bank of America, N.A., FL9-600-02-26, P.O. Box 45224, Jacksonville, FL 32232-5224 |
| 518186765 | + | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518186768 | + | Bio-Referenced Labs, 481 Edward H. Ross Drive, Elmwood Park, NJ 07407-3128 |
| 518186769 | | Bio-Referenced Labs, P.O. Box 650, Elmwood Park, NJ 07407 |
| 518186774 | + | Cathaya International LLC, c/o Aaron Wang, 107 Northern Blvd., Suite 410, Great Neck, NY 11021-4312 |
| 518186773 | + | Cathaya International LLC, Oakland Trading International LLC, Eastern Trading LLC, c/o Aaron Wang, 31 Middle Road Port Washington, NY 11050-2615 |
| 518186775 | + | Champion Autohaus LLC, a/k/a Champion Auto Leasing LLC, C/O Renato Cuyco, Jr., 1980 State Route 35, South Amboy, NJ 08879-2078 |
| 518186785 | + | Community Financial Services FCU, 524 West Edgar Road, P.O. Box 1514, Linden, NJ 07036-0005 |
| 518186784 | + | Community Financial Services FCU, 149 East St. George Avenue, Roselle, NJ 07203-2936 |
| 518186786 | + | Eastern Trading LLC, c/o Aaron Wang, 133-05 32nd Avenue, Flushing, NY 11354-1902 |
| 518186789 | + | FOX Rothschild LLP, P.O. Box 5231, Princeton, NJ 08543-5231 |
| 518186788 | + | FOX Rothschild LLP, Princeton Pike Corporate Center, 997 Lenox Drive, Building 3, Lawrence Township, NJ 08648-2317 |
| 518186787 | + | FOX Rothschild LLP, 10 Sentry Parkway, Suite 200, P.O. Box 3001, Blue Bell, PA 19422-0750 |
| 518186794 | + | Greenbaum, Rowe, Smith & Davis LLP, Stephanie G. Reckford, Esq., 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3738 |
| 518186793 | + | Greenbaum, Rowe, Smith & Davis LLP, ATTN.: Stephanie G. Reckford, Esq., 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3788 |
| 518186795 | | Hackensack Meridian Health, Jersey Shore University Medical Center, 1945 NJ-53, Neptune, NJ 07753 |
| 518186796 | + | I. Mark Cohen Law Group, ATTN.: Johnathan Goldsmith Cohen, Esq., 1 Executive Drive, Suite 6, Tinton Falls, NJ 07701-4938 |
| 518186797 | + | Ibrahim Law Firm, ATTN.: Ihab A. Ibrahim, Esq., 910 Bergen Avenue, Suite 203, Jersey City, NJ 07306-4311 |
| 518186801 | + | Jersey Shore Anesthesiology Associates, 1945 State Route 33, Neptune, NJ 07753-4896 |
| 519479094 | + | LAKEVIEW LOAN SERVICING, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518186804 | + | LabCorp, Laboratory Corporation Of America, 1250 Chapel Hill Road, Burlington, NC 27215-7141 |
| 518186803 | | LabCorp, Laboratory Corporation Of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 518186805 | + | Lakeview Loan Servicing LLC, Servicing by LoanCare, ATTN: Customer Service, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518186806 | + | Lakeview Loan Servicing LLC, Servicing by LoanCare, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 518186807 | | Lakeview Loan Servicing LLC, Servicing by Loancare, Interstate Corporate Center, Building #9, Suite 200, Norfolk, VA 23502 |
| 518186808 | + | Liberty Mutual Insurance Company, Corporate Headquarters, 175 Berkeley Street, Boston, MA 02116-5066 |
| 518186809 | #+ | Liberty Mutual Insurance Company, 5050 West Tilghman Street, Suite 200, Allentown, PA 18104-9154 |
| 518186810 | + | McGuire Woods, ATTN.: Philip A. Goldstein, Esq., 1251 Avenue of the Americas, 20th Fl., New York, NY 10020-1104 |
| 518186812 | | Mercedes Benz Financial Services, P.O. Box 961, Roanoke, TX 76262-0961 |

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 186 | Total Noticed: 131 |

| | | |
|---|---|---|
| 518186814 | + | Mercedes-Benz Financial Services, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 518186816 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 1500 Allaire Avenue, Suite 201, Ocean, NJ 07712-7603 |
| 518186818 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 717 North Beers Street, Suite 1E, Holmdel, NJ 07733-1525 |
| 518186817 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 1200 Jumping Brook Road, Suite 201, Neptune, NJ 07753-2635 |
| 518186819 | + | Michael Teitelbaum, Barbara Teitelbaum, 11 Center Street, Apt. #B, Eatontown, NJ 07724-1703 |
| 518186820 | + | Monmouth Hospital, Monmouth Medical Center, 300 2nd Avenue, Long Branch, NJ 07740-6395 |
| 518186821 | | New Jersey E-ZPass, New Jersey Customer Care Service Center, P.O. Box 52002, Newark, NJ 07101-8202 |
| 518186822 | | New Jersey E-ZPass, Violation Processing Center, P.O. Box 52005, Newark, NJ 07101-8205 |
| 518186824 | + | New Jersey Motor Vehicle Commission, Title Records Unit, P.O. Box 155, Trenton, NJ 08666-0155 |
| 518186825 | + | New Jersey Motor Vehicle Commission, P.O. Box 017, Trenton, NJ 08666-0017 |
| 518186826 | + | New Jersey Motor Vehicle Commission, 225 East State Street, Trenton, NJ 08666-0001 |
| 519486814 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 519473552 | + | Nordstrom, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 518186830 | + | Norris McLaughlin, P.A., ATTN.: Nicholas Duston, Esq., 400 Crossing Boulevard, 8th Fl., Bridgewater, NJ 08807-2863 |
| 518186831 | + | Oakland Trading International LLC, c/o Aaron Wang, 133-05 32nd Avenue, Flushing, NY 11354-1902 |
| 518186832 | + | Office Of The Attorney General, ATTN: Gurbir S. Grewal, RJ Hughes Justice Complex, 25 Market Street, P.O. Box 080, Trenton, NJ 08625-0080 |
| 518186837 | | Quest Diagnostics, Inc., P.O. Box 740985, Cincinnati, OH 45274-0985 |
| 518186840 | + | Robertson, Anschutz & Schneid, PL, ATTN.: Walter Gouldsbury, Esq., 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 518186842 | + | Rubin & Rothman, LLC, 190 North Avenue East, P.O. Box 8, Cranford, NJ 07016-0008 |
| 518186850 | + | Simons Agency, Inc., 436 Main Street, Suite# 263, Spotswood, NJ 08884-1702 |
| 518186852 | + | SunPower Capital, LLC, ATTN: SunPower Financing, 2900 Esperanza Crossing, 2nd Fl., Austin, TX 78758-3658 |
| 518186853 | | SunPower Capital, LLC, P.O. Box 844863, Los Angeles, CA 90084-4863 |
| 518186862 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, 205 West 4th Street, Suite 700, Cincinnati, OH 45202 |
| 518186861 | + | US Bank, P.O. Box 3447, Oshkosh, WI 54903-3447 |
| 518186866 | + | Weiner Law Group LLC, ATTN: Ronald A. Berutti, Esq., 629 Parsippany Road, P.O. Box 0438, Parsippany, NJ 07054-0438 |
| 518186870 | + | Wells Fargo Bank, Writs & Levies Processing, 101 North Independence Mall East, MAC Code Y1372-039, Philadelphia, PA 19106-2112 |
| 518186871 | + | Wells Fargo Bank, Legal Order Processing, D1111-01A, P.O. Box 1416, Charlotte, NC 28201-1416 |
| 518186867 | + | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518186868 | + | Wells Fargo Bank, Credit Bureau Disputes, B6955 019, PO Box 31557, Billings, MT 59107-1557 |
| 518186869 | + | Wells Fargo Bank, P.O. Box 94435, Albuquerque, NM 87199-4435 |
| 519354407 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519355288 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518186872 | + | Wells Fargo Card Services, Wells Fargo Bank NA, Credit Bureau Dispute Resolution, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518186873 | + | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 518186874 | + | Wells Fargo Card Services, Wells Fargo Bank NA, Consumer Credit Solutions, P.O. Box 30086, Los Angeles, CA 90030-0086 |

TOTAL: 71

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 16 2022 20:31:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518186764 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 16 2022 20:31:00 | American Honda Finance, A/K/A Honda Financial Services, National Service Center, P.O. Box 166469, Irving, TX 75016-6469 |
| 519349709 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 16 2022 20:31:00 | Americredit Financial Services, Inc., Dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518186763 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 16 2022 20:31:00 | American Honda Finance, A/K/A Honda Financial Services, 200 Continental Drive, Newark, DE 19713-4336 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519346989 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 20:29:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518186772 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 20:31:00 | Capital One Bank, C/O KOHLS, North 56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 518186771 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 20:31:00 | Capital One Bank, C/O KOHLS, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 518186770 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 20:31:00 | Capital One Bank, C/O KOHLS, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 518186780 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Feb 16 2022 20:31:00 | Chex Systems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 518186783 | + | Email/Text: documentfiling@lciinc.com | Feb 16 2022 20:31:00 | Comcast Cable, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 518186782 | | Email/Text: documentfiling@lciinc.com | Feb 16 2022 20:31:00 | Comcast Cable, C/O Correspondence, PO Box 1809, Union, NJ 07083-1809 |
| 518186781 | + | Email/Text: documentfiling@lciinc.com | Feb 16 2022 20:31:00 | Comcast Cable, C/O Bankruptcy Dept., 800 Rahway Avenue, Union, NJ 07083-6691 |
| 519471029 | | Email/Text: M74banko@daimler.com | Feb 16 2022 20:31:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518186791 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 16 2022 20:31:00 | GM Financial, Corporate Office, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 518186792 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 16 2022 20:31:00 | GM Financial, ATTN: Correspondence, P.O. Box 183834, Arlington, TX 76096-3834 |
| 518186790 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 16 2022 20:31:00 | GM Financial, A/K/A Americredit, P.O. Box 181145, Arlington, TX 76096-1145 |
| 518186800 | | Email/Text: Bankruptcy@ICSystem.com | Feb 16 2022 20:31:00 | IC System, Inc., IC Systems Collections, PO Box 64378, St. Paul, MN 55164-0378 |
| 518186799 | | Email/Text: Bankruptcy@ICSystem.com | Feb 16 2022 20:31:00 | IC System, Inc., IC Systems Collections, PO Box 64437, St. Paul, MN 55164-0437 |
| 518186798 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 16 2022 20:31:00 | IC System, Inc., IC Systems Collections, 444 Highway 96 East, St. Paul, MN 55127-2557 |
| 518186778 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 20:29:23 | Chase Auto Finance, 301 North Walnut Street, 9th Fl., Wilmington, DE 19801-3935 |
| 518186777 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 20:29:23 | Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 518186779 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 20:29:23 | Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 519456125 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 20:29:10 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518186802 | + | Email/Text: info@kehoefinancial.com | Feb 16 2022 20:31:00 | Kehoe Financial Group, 190 Moore Street, Suite 203, Hackensack, NJ 07601-7418 |
| 519354975 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 20:31:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 518186811 | + | Email/Text: laura@redbanklaw.com | Feb 16 2022 20:31:00 | McKenna, DuPont, Higgins & Stone, P.C., 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| 518186813 | + | Email/Text: M74banko@daimler.com | Feb 16 2022 20:31:00 | Mercedes Benz Financial Services, P.O. Box 685, Roanoke, TX 76262-0685 |
| 518186823 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 16 2022 20:31:00 | New Jersey E-ZPass, Violations Processing |

Case 19-17748-MBK    Doc 82    Filed 02/18/22    Entered 02/19/22 00:14:32    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 186 | Total Noticed: 131 |

| | | | | |
|---|---|---|---|---|
| | | | | Center, P.O. Box 4971, Trenton, NJ 08650 |
| 518186828 | + | Email/Text: bnc@nordstrom.com | Feb 16 2022 20:31:42 | Nordstrom, P.O. Box 6555, Englewood, CO 80155-6555 |
| 518186829 | + | Email/Text: bnc@nordstrom.com | Feb 16 2022 20:31:50 | Nordstrom, P.O. Box 6566, Englewood, CO 80155-6566 |
| 518186827 | + | Email/Text: bnc@nordstrom.com | Feb 16 2022 20:31:50 | Nordstrom, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 518186835 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 20:31:00 | PNC Bank, 1 Financial Parkway, Kalamazoo, MI 49009 |
| 518186833 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 20:31:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 518186834 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 20:31:00 | PNC Bank, P5-PCLC-A1-N, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519471018 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 20:31:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518186836 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Feb 16 2022 20:31:00 | Quest Diagnostics, Inc., 3 Giralda Farms, Madison, NJ 07940-1027 |
| 518186838 | + | Email/Text: bkrpt@retrievalmasters.com | Feb 16 2022 20:31:00 | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518186839 | | Email/Text: bkrpt@retrievalmasters.com | Feb 16 2022 20:31:00 | Retrieval-Masters Creditors Bureau, Inc., P.O. Box 1235, Elmsford, NY 10523-0935 |
| 518186841 | + | Email/Text: bankruptcy@rubinrothman.com | Feb 16 2022 20:31:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 518186854 | + | Email/Text: bankruptcy@sw-credit.com | Feb 16 2022 20:31:00 | SW Credit Systems, Inc., Southwest Credit Systems, 4120 International, Suite 100, Carrollton, TX 75007-1958 |
| 518186844 | | Email/Text: DeftBkr@santander.us | Feb 16 2022 20:31:00 | Santander Bank, N.A., Mail Code: 10-421-CN2, P.O. Box 12646, Reading, PA 19612-2646 |
| 518186843 | + | Email/Text: DeftBkr@santander.us | Feb 16 2022 20:31:00 | Santander Bank, N.A., MA1-MB3 01-09, P.O. Box 841002, Boston, MA 02284-1002 |
| 518186845 | | Email/Text: DeftBkr@santander.us | Feb 16 2022 20:31:00 | Santander Bank, N.A., Mail Code: RI1 EPV 02-23, One Sovereign Way, East Providence, RI 02915 |
| 518186847 | + | Email/Text: bankruptcy@savit.com | Feb 16 2022 20:31:00 | Savit Collection Agency, 46 West Ferris Street, East Brunswick, NJ 08816-2159 |
| 518186846 | | Email/Text: bankruptcy@savit.com | Feb 16 2022 20:31:00 | Savit Collection Agency, P.O. Box 250, East Brunswick, NJ 08816-0250 |
| 518186851 | + | Email/Text: clientservices@simonsagency.com | Feb 16 2022 20:31:00 | Simons Agency, Inc., 3713 Brewerton Road, Suite 1, Syracuse, NY 13212-3843 |
| 518186849 | + | Email/Text: clientservices@simonsagency.com | Feb 16 2022 20:31:00 | Simons Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518186855 | | Email/Text: jaxbanko@td.com | Feb 16 2022 20:31:00 | TD Auto Finance, LLC, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 518186857 | | Email/Text: jaxbanko@td.com | Feb 16 2022 20:31:00 | TD Auto Finance, LLC, ATTN: Customer Resolution Dept., P.O. Box 9226, Farmington, MI 48333-9226 |
| 518186856 | | Email/Text: jaxbanko@td.com | Feb 16 2022 20:31:00 | TD Auto Finance, LLC, 2777 Franklin Road, Farmington Hills, MI 48334 |
| 518186860 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 16 2022 20:31:00 | Toyota Motor Credit Corporation, 19001 South Western Avenue, WF22, Torrance, CA 90501 |
| 518186858 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 16 2022 20:31:00 | Toyota Motor Credit Corporation, 5005 N. River |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 186 | Total Noticed: 131 |

| | | | |
|---|---|---|---|
| 518186859 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Boulevard NE, Cedar Rapids, IA 52411-6634 |
| | | Feb 16 2022 20:31:00 | Toyota Motor Credit Corporation, Bankruptcy Department, P.O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 518315990 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 16 2022 20:29:17 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519473199 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 16 2022 20:29:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518186865 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 16 2022 20:31:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 518186864 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 16 2022 20:31:00 | Verizon, Attn: Billing Office, 236 E. Town Street #170, Columbus, OH 43215-4631 |
| 518186863 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 16 2022 20:31:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519455876 | * | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519452181 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518186776 | ##+ | Champion Autohaus LLC, Champion Auto Leasing LLC, C/O Renato Cuyco, Jr., 3 Wemmer Court, Sayreville, NJ 08872-2148 |
| 518186815 | ##+ | Meridian Medical Group Faculty, Hackensack Meridian Medical Group, 2240 State Route 33 Suite B, Neptune, NJ 07753-6104 |
| 518186848 | ##+ | Seahorse Pediatrics LLC, Shabnam Maghsood, MD, 142 Route 35, Suite 105, Eatontown, NJ 07724-1864 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2022       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Harold N. Kaplan | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. hkaplan@rasnj.com, informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor USB Leasing LT hkaplan@rasnj.com  informationathnk@aol.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, |

| | |
|---|---|
| | mortoncraigecf@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Plaintiff TD Auto Finance LLC jdevine@tmppllc.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Auto Finance LLC jdevine@tmppllc.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor USB Leasing LT kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Michael A. Artis | on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. DuPont | on behalf of Creditor Community Financial Services Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Richard Gerbino | on behalf of Plaintiff TD Auto Finance LLC rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Roger Chavez | on behalf of Debtor Michael Ramos rchavez@chavezlegal.com rchavez01@aol.com |
| Roger Chavez | on behalf of Defendant Michael Ramos rchavez@chavezlegal.com rchavez01@aol.com |
| Roger Chavez | on behalf of Defendant Daphne Y. Ramos rchavez@chavezlegal.com rchavez01@aol.com |
| Roger Chavez | on behalf of Joint Debtor Daphne Y. Ramos rchavez@chavezlegal.com rchavez01@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18