**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

__0__ Valuation of Security      __0__ Assumption of Executory Contract or Unexpired Lease      __0__ Lien Avoidance

**Last revised: August 1, 2020**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Ramos, Michael  
Ramos, Daphne Y.  
    Debtor(s)

Case No.: __19-17748/MBK__  
Judge: __Michael B. Kaplan__

### Chapter 13 Plan and Motions

☐ Original    ☑ Modified/Notice Required    Date: __February 10, 2022__

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan,* which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __RC__    Initial Debtor: __MR__    Initial Co-Debtor: __DR__

## Part 1: Payment and Length of Plan

a. The debtors shall pay $510.71 per month to the Chapter 13 Trustee, starting on 11/01/2021 for approximately 4 months.

Then starting on March 1, 2022, debtors shall pay $518.89 per month to the Chapter 13 Trustee, for approximately 56 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☑ Future earnings
- ☑ Other sources of funding (describe source, amount and date when funds are available):

  Rent Rolls

c. Use of real property to satisfy plan obligations:

- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection ☑ NONE

a. Adequate protection payments will be made in the amount of _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | $3,110.08 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:

Check one:

☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Lakeview Loan Servicing, LLC | 11 Center Street, Eatontown, NJ 07724 | $412.80 | N/A | $412.80 | $2,304.48 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Americredit Financial Services, Inc. dba GM Financial | 2014 BMW X5 | $44,129.29 | Collateral to be surrendered in full satisfaction of claim. |
| Bank of America, N.A. | 2017 Mercedes-Benz GLS450 | $66,963.56 | Collateral to be surrendered in full satisfaction of claim. |
| JP Morgan Chase Bank, N.A. | 2017 Land Rover Range Rover | $97,945.06 | Collateral to be surrendered in full satisfaction of claim. |
| JP Morgan Chase Bank, N.A. | 2015 Mercedes-Benz GL450 | $44,703.71 | Collateral to be surrendered in full satisfaction of claim. |
| JP Morgan Chase Bank, N.A. | 2017 Land Rover Range Rover | $94,516.29 | Collateral to be surrendered in full satisfaction of claim. |
| PNC Bank National Association | 2014 BMW X5 | $40,858.79 | Collateral to be surrendered in full satisfaction of claim. |

f. **Secured Claims Unaffected by the Plan** ☑ **NONE**

The following secured claims are unaffected by the Plan:

g. **Secured Claims to be Paid in Full Through the Plan:** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|

### Part 5:    Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☑ Not less than ___$27,578.00___ to be distributed *pro rata*

☐ Not less than_____percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

### Part 6:    Executory Contracts and Unexpired Leases    ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment of Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Toyota Motor Credit Corporation | $0.00 | Auto Lease-2017 Lexus RC 350 | Reject | N/A |
| Daimler Trust aka Mercedes Benz Financial Services | $0.00 | Auto Lease-2017 Mercedes-Benz C300 | Reject | N/A |
| USB Leasing LT aka US Bank | $0.00 | Auto Lease-2017 Jeep Grand Cherokee | Reject | N/A |
| SunPower Capital, LLC | $0.00 | Leased Solar Panel System | Reject | N/A |

## Part 7:    Motions   ☑ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.    **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b.    **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c.    **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:    Other Plan Provisions

a.    **Vesting of Property of the Estate**

  ☑ Upon confirmation

  ☐ Upon discharge

b.    **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c.    **Order of Distribution**

  The Standing Trustee shall pay allowed claims in the following order:

    1) Chapter 13 Standing Trustee Commissions
    2) Other Administrative Claims
    3) Priority Claims
    4) Secured Claims
    5) Lease Arrearages
    6) General Unsecured Claims

d.    **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount

filed by the post-petition claimant.

| Part 9: | Modification ☐ NONE |
|---|---|

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: November 9, 2021

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor's plan is being modified to include pre-petition mortgage arrears on Part 4(a) in the amount of $412.80 to be paid through the plan to Lakeview Loan Servicing, LLC through the plan. Moreover, to include the surrender of the several financed vehicles on Part 4 (e). Finally, to reject several leases on Part 6. | Parts 4(a) is amended to provide for payment of pre-petition mortgage arrears in the amount of $412.80 to Lakeview Loan Servicing, LLC through the plan. Moreover, Part 4(e): "Surrender" of Plan is amended to include several financed vehicles and indicate that the Debtors will be surrendering the collaterals in full satisfaction of claim. Lastly, Part 6 is amended to include the rejection of several leases. |

Are Schedules I and J being filed simultaneously with this Modified Plan?        ☐ Yes  ☑ No

| Part 10: | Non-Standard Provision(s): Signatures Required |
|---|---|

Non-Standard Provisions Requiring Separate Signatures:

☑ NONE

☐ Explain Here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

| Signatures |
|---|

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:    02/10/2022            **/s/ Michael Ramos**
                                Michael Ramos
                                Debtor

Date:    02/10/2022            **/s/ Daphne Y. Ramos**
                                Daphne Y. Ramos
                                Joint Debtor

Date:    02/10/2022            **/s/ Roger Chavez**
                                Roger Chavez
                                Attorney for Debtor(s)
                                Bar Number: RC4040
                                Law Offices of Roger Chavez
                                Robert Treat Center
                                50 Park Place Suite 1104
                                Newark, NJ 07102-3806
                                Phone: (973) 735-0530
                                Email: rchavez@chavezlegal.com

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Ramos  
Daphne Y. Ramos  
    Debtors

Case No. 19-17748-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 6
Date Rcvd: Feb 16, 2022 | Form ID: pdf901 | Total Noticed: 131

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Ramos, Daphne Y. Ramos, 11 Center Street, Eatontown, NJ 07724-1703 |
| cr | + | Community Financial Services Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, MO 07701-0610 UNITED STATES 07701-2009 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518186762 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, A/K/A Honda Financial Services, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518186761 | | Aetna Life Insurance Company, P.O. Box 14079, Lexington, KY 40512-4079 |
| 518186766 | + | Bank of America, N.A., 150 North College Street, Charlotte, NC 28255-0001 |
| 518186767 | + | Bank of America, N.A., FL9-600-02-26, P.O. Box 45224, Jacksonville, FL 32232-5224 |
| 518186765 | + | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518186768 | + | Bio-Referenced Labs, 481 Edward H. Ross Drive, Elmwood Park, NJ 07407-3128 |
| 518186769 | | Bio-Referenced Labs, P.O. Box 650, Elmwood Park, NJ 07407 |
| 518186774 | + | Cathaya International LLC, c/o Aaron Wang, 107 Northern Blvd., Suite 410, Great Neck, NY 11021-4312 |
| 518186773 | + | Cathaya International LLC, Oakland Trading International LLC, Eastern Trading LLC, c/o Aaron Wang, 31 Middle Road Port Washington, NY 11050-2615 |
| 518186775 | + | Champion Autohaus LLC, a/k/a Champion Auto Leasing LLC, C/O Renato Cuyco, Jr., 1980 State Route 35, South Amboy, NJ 08879-2078 |
| 518186785 | + | Community Financial Services FCU, 524 West Edgar Road, P.O. Box 1514, Linden, NJ 07036-0005 |
| 518186784 | + | Community Financial Services FCU, 149 East St. George Avenue, Roselle, NJ 07203-2936 |
| 518186786 | + | Eastern Trading LLC, c/o Aaron Wang, 133-05 32nd Avenue, Flushing, NY 11354-1902 |
| 518186789 | + | FOX Rothschild LLP, P.O. Box 5231, Princeton, NJ 08543-5231 |
| 518186788 | + | FOX Rothschild LLP, Princeton Pike Corporate Center, 997 Lenox Drive, Building 3, Lawrence Township, NJ 08648-2317 |
| 518186787 | + | FOX Rothschild LLP, 10 Sentry Parkway, Suite 200, P.O. Box 3001, Blue Bell, PA 19422-0750 |
| 518186794 | + | Greenbaum, Rowe, Smith & Davis LLP, Stephanie G. Reckford, Esq., 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3738 |
| 518186793 | + | Greenbaum, Rowe, Smith & Davis LLP, ATTN.: Stephanie G. Reckford, Esq., 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3788 |
| 518186795 | | Hackensack Meridian Health, Jersey Shore University Medical Center, 1945 NJ-53, Neptune, NJ 07753 |
| 518186796 | + | I. Mark Cohen Law Group, ATTN.: Johnathan Goldsmith Cohen, Esq., 1 Executive Drive, Suite 6, Tinton Falls, NJ 07701-4938 |
| 518186797 | + | Ibrahim Law Firm, ATTN.: Ihab A. Ibrahim, Esq., 910 Bergen Avenue, Suite 203, Jersey City, NJ 07306-4311 |
| 518186801 | + | Jersey Shore Anesthesiology Associates, 1945 State Route 33, Neptune, NJ 07753-4896 |
| 519479094 | + | LAKEVIEW LOAN SERVICING, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518186804 | + | LabCorp, Laboratory Corporation Of America, 1250 Chapel Hill Road, Burlington, NC 27215-7141 |
| 518186803 | | LabCorp, Laboratory Corporation Of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 518186805 | + | Lakeview Loan Servicing LLC, Servicing by LoanCare, ATTN: Customer Service, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518186806 | + | Lakeview Loan Servicing LLC, Servicing by LoanCare, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 518186807 | | Lakeview Loan Servicing LLC, Servicing by Loancare, Interstate Corporate Center, Building #9, Suite 200, Norfolk, VA 23502 |
| 518186808 | + | Liberty Mutual Insurance Company, Corporate Headquarters, 175 Berkeley Street, Boston, MA 02116-5066 |
| 518186809 | #+ | Liberty Mutual Insurance Company, 5050 West Tilghman Street, Suite 200, Allentown, PA 18104-9154 |
| 518186810 | + | McGuire Woods, ATTN.: Philip A. Goldstein, Esq., 1251 Avenue of the Americas, 20th Fl., New York, NY 10020-1104 |
| 518186812 | | Mercedes Benz Financial Services, P.O. Box 961, Roanoke, TX 76262-0961 |

| | | |
|---|---|---|
| 518186814 | + | Mercedes-Benz Financial Services, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 518186816 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 1500 Allaire Avenue, Suite 201, Ocean, NJ 07712-7603 |
| 518186818 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 717 North Beers Street, Suite 1E, Holmdel, NJ 07733-1525 |
| 518186817 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 1200 Jumping Brook Road, Suite 201, Neptune, NJ 07753-2635 |
| 518186819 | + | Michael Teitelbaum, Barbara Teitelbaum, 11 Center Street, Apt. #B, Eatontown, NJ 07724-1703 |
| 518186820 | + | Monmouth Hospital, Monmouth Medical Center, 300 2nd Avenue, Long Branch, NJ 07740-6395 |
| 518186821 | | New Jersey E-ZPass, New Jersey Customer Care Service Center, P.O. Box 52002, Newark, NJ 07101-8202 |
| 518186822 | | New Jersey E-ZPass, Violation Processing Center, P.O. Box 52005, Newark, NJ 07101-8205 |
| 518186824 | + | New Jersey Motor Vehicle Commission, Title Records Unit, P.O. Box 155, Trenton, NJ 08666-0155 |
| 518186825 | + | New Jersey Motor Vehicle Commission, P.O. Box 017, Trenton, NJ 08666-0017 |
| 518186826 | + | New Jersey Motor Vehicle Commission, 225 East State Street, Trenton, NJ 08666-0001 |
| 519486814 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 519473552 | + | Nordstrom, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 518186830 | + | Norris McLaughlin, P.A., ATTN.: Nicholas Duston, Esq., 400 Crossing Boulevard, 8th Fl., Bridgewater, NJ 08807-2863 |
| 518186831 | + | Oakland Trading International LLC, c/o Aaron Wang, 133-05 32nd Avenue, Flushing, NY 11354-1902 |
| 518186832 | + | Office Of The Attorney General, ATTN: Gurbir S. Grewal, RJ Hughes Justice Complex, 25 Market Street, P.O. Box 080, Trenton, NJ 08625-0080 |
| 518186837 | | Quest Diagnostics, Inc., P.O. Box 740985, Cincinnati, OH 45274-0985 |
| 518186840 | + | Robertson, Anschutz & Schneid, PL, ATTN.: Walter Gouldsbury, Esq., 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 518186842 | + | Rubin & Rothman, LLC, 190 North Avenue East, P.O. Box 8, Cranford, NJ 07016-0008 |
| 518186850 | + | Simons Agency, Inc., 436 Main Street, Suite# 263, Spotswood, NJ 08884-1702 |
| 518186852 | + | SunPower Capital, LLC, ATTN: SunPower Financing, 2900 Esperanza Crossing, 2nd Fl., Austin, TX 78758-3658 |
| 518186853 | | SunPower Capital, LLC, P.O. Box 844863, Los Angeles, CA 90084-4863 |
| 518186862 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, 205 West 4th Street, Suite 700, Cincinnati, OH 45202 |
| 518186861 | + | US Bank, P.O. Box 3447, Oshkosh, WI 54903-3447 |
| 518186866 | + | Weiner Law Group LLC, ATTN: Ronald A. Berutti, Esq., 629 Parsippany Road, P.O. Box 0438, Parsippany, NJ 07054-0438 |
| 518186870 | + | Wells Fargo Bank, Writs & Levies Processing, 101 North Independence Mall East, MAC Code Y1372-039, Philadelphia, PA 19106-2112 |
| 518186871 | + | Wells Fargo Bank, Legal Order Processing, D1111-01A, P.O. Box 1416, Charlotte, NC 28201-1416 |
| 518186867 | + | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518186868 | + | Wells Fargo Bank, Credit Bureau Disputes, B6955 019, PO Box 31557, Billings, MT 59107-1557 |
| 518186869 | + | Wells Fargo Bank, P.O. Box 94435, Albuquerque, NM 87199-4435 |
| 519354407 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519355288 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518186872 | + | Wells Fargo Card Services, Wells Fargo Bank NA, Credit Bureau Dispute Resolution, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518186873 | + | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 518186874 | + | Wells Fargo Card Services, Wells Fargo Bank NA, Consumer Credit Solutions, P.O. Box 30086, Los Angeles, CA 90030-0086 |

TOTAL: 71

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Feb 16 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Feb 16 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Feb 16 2022 20:31:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518186764 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | | Feb 16 2022 20:31:00 | American Honda Finance, A/K/A Honda Financial Services, National Service Center, P.O. Box 166469, Irving, TX 75016-6469 |
| 519349709 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Feb 16 2022 20:31:00 | Americredit Financial Services, Inc., Dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518186763 | + | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | | Feb 16 2022 20:31:00 | American Honda Finance, A/K/A Honda Financial Services, 200 Continental Drive, Newark, DE 19713-4336 |

Case 19-17748-MBK   Doc 83   Filed 02/18/22   Entered 02/19/22 00:14:32   Desc Imaged
                              Certificate of Notice    Page 9 of 12

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: pdf901 | Total Noticed: 131 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519346989 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 20:29:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518186772 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 20:31:00 | Capital One Bank, C/O KOHLS, North 56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 518186771 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 20:31:00 | Capital One Bank, C/O KOHLS, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 518186770 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 20:31:00 | Capital One Bank, C/O KOHLS, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 518186780 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Feb 16 2022 20:31:00 | Chex Systems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 518186783 | + | Email/Text: documentfiling@lciinc.com | Feb 16 2022 20:31:00 | Comcast Cable, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 518186782 | | Email/Text: documentfiling@lciinc.com | Feb 16 2022 20:31:00 | Comcast Cable, C/O Correspondence, PO Box 1809, Union, NJ 07083-1809 |
| 518186781 | + | Email/Text: documentfiling@lciinc.com | Feb 16 2022 20:31:00 | Comcast Cable, C/O Bankruptcy Dept., 800 Rahway Avenue, Union, NJ 07083-6691 |
| 519471029 | | Email/Text: M74banko@daimler.com | Feb 16 2022 20:31:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518186791 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 16 2022 20:31:00 | GM Financial, Corporate Office, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 518186792 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 16 2022 20:31:00 | GM Financial, ATTN: Correspondence, P.O. Box 183834, Arlington, TX 76096-3834 |
| 518186790 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 16 2022 20:31:00 | GM Financial, A/K/A Americredit, P.O. Box 181145, Arlington, TX 76096-1145 |
| 518186800 | | Email/Text: Bankruptcy@ICSystem.com | Feb 16 2022 20:31:00 | IC System, Inc., IC Systems Collections, PO Box 64378, St. Paul, MN 55164-0378 |
| 518186799 | | Email/Text: Bankruptcy@ICSystem.com | Feb 16 2022 20:31:00 | IC System, Inc., IC Systems Collections, PO Box 64437, St. Paul, MN 55164-0437 |
| 518186798 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 16 2022 20:31:00 | IC System, Inc., IC Systems Collections, 444 Highway 96 East, St. Paul, MN 55127-2557 |
| 518186778 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 20:29:24 | Chase Auto Finance, 301 North Walnut Street, 9th Fl., Wilmington, DE 19801-3935 |
| 518186777 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 20:29:12 | Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 518186779 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 20:29:32 | Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 519456125 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2022 20:29:23 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518186802 | + | Email/Text: info@kehoefinancial.com | Feb 16 2022 20:31:00 | Kehoe Financial Group, 190 Moore Street, Suite 203, Hackensack, NJ 07601-7418 |
| 519354975 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2022 20:31:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 518186811 | + | Email/Text: laura@redbanklaw.com | Feb 16 2022 20:31:00 | McKenna, DuPont, Higgins & Stone, P.C., 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| 518186813 | + | Email/Text: M74banko@daimler.com | Feb 16 2022 20:31:00 | Mercedes Benz Financial Services, P.O. Box 685, Roanoke, TX 76262-0685 |
| 518186823 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 16 2022 20:31:00 | New Jersey E-ZPass, Violations Processing |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Center, P.O. Box 4971, Trenton, NJ 08650 |
| 518186828 | + | Email/Text: bnc@nordstrom.com | Feb 16 2022 20:31:50 | Nordstrom, P.O. Box 6555, Englewood, CO 80155-6555 |
| 518186829 | + | Email/Text: bnc@nordstrom.com | Feb 16 2022 20:31:46 | Nordstrom, P.O. Box 6566, Englewood, CO 80155-6566 |
| 518186827 | + | Email/Text: bnc@nordstrom.com | Feb 16 2022 20:31:46 | Nordstrom, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 518186835 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 20:31:00 | PNC Bank, 1 Financial Parkway, Kalamazoo, MI 49009 |
| 518186833 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 20:31:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 518186834 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 20:31:00 | PNC Bank, P5-PCLC-A1-N, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519471018 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 20:31:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518186836 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Feb 16 2022 20:31:00 | Quest Diagnostics, Inc., 3 Giralda Farms, Madison, NJ 07940-1027 |
| 518186838 | + | Email/Text: bkrpt@retrievalmasters.com | Feb 16 2022 20:31:00 | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518186839 | | Email/Text: bkrpt@retrievalmasters.com | Feb 16 2022 20:31:00 | Retrieval-Masters Creditors Bureau, Inc., P.O. Box 1235, Elmsford, NY 10523-0935 |
| 518186841 | + | Email/Text: bankruptcy@rubinrothman.com | Feb 16 2022 20:31:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 518186854 | + | Email/Text: bankruptcy@sw-credit.com | Feb 16 2022 20:31:00 | SW Credit Systems, Inc., Southwest Credit Systems, 4120 International, Suite 100, Carrollton, TX 75007-1958 |
| 518186844 | | Email/Text: DeftBkr@santander.us | Feb 16 2022 20:31:00 | Santander Bank, N.A., Mail Code: 10-421-CN2, P.O. Box 12646, Reading, PA 19612-2646 |
| 518186843 | + | Email/Text: DeftBkr@santander.us | Feb 16 2022 20:31:00 | Santander Bank, N.A., MA1-MB3 01-09, P.O. Box 841002, Boston, MA 02284-1002 |
| 518186845 | | Email/Text: DeftBkr@santander.us | Feb 16 2022 20:31:00 | Santander Bank, N.A., Mail Code: RI1 EPV 02-23, One Sovereign Way, East Providence, RI 02915 |
| 518186847 | + | Email/Text: bankruptcy@savit.com | Feb 16 2022 20:31:00 | Savit Collection Agency, 46 West Ferris Street, East Brunswick, NJ 08816-2159 |
| 518186846 | | Email/Text: bankruptcy@savit.com | Feb 16 2022 20:31:00 | Savit Collection Agency, P.O. Box 250, East Brunswick, NJ 08816-0250 |
| 518186851 | + | Email/Text: clientservices@simonsagency.com | Feb 16 2022 20:31:00 | Simons Agency, Inc., 3713 Brewerton Road, Suite 1, Syracuse, NY 13212-3843 |
| 518186849 | + | Email/Text: clientservices@simonsagency.com | Feb 16 2022 20:31:00 | Simons Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518186855 | | Email/Text: jaxbanko@td.com | Feb 16 2022 20:31:00 | TD Auto Finance, LLC, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 518186857 | | Email/Text: jaxbanko@td.com | Feb 16 2022 20:31:00 | TD Auto Finance, LLC, ATTN: Customer Resolution Dept., P.O. Box 9226, Farmington, MI 48333-9226 |
| 518186856 | | Email/Text: jaxbanko@td.com | Feb 16 2022 20:31:00 | TD Auto Finance, LLC, 2777 Franklin Road, Farmington Hills, MI 48334 |
| 518186860 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 16 2022 20:31:00 | Toyota Motor Credit Corporation, 19001 South Western Avenue, WF22, Torrance, CA 90501 |
| 518186858 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 16 2022 20:31:00 | Toyota Motor Credit Corporation, 5005 N. River |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Boulevard NE, Cedar Rapids, IA 52411-6634 |
| 518186859 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 16 2022 20:31:00 | Toyota Motor Credit Corporation, Bankruptcy Department, P.O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 518315990 | Email/PDF: bncnotices@becket-lee.com | Feb 16 2022 20:29:35 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519473199 + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2022 20:29:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518186865 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 16 2022 20:31:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 518186864 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 16 2022 20:31:00 | Verizon, Attn: Billing Office, 236 E. Town Street #170, Columbus, OH 43215-4631 |
| 518186863 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 16 2022 20:31:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519455876 | * | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519452181 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518186776 | ##+ | Champion Autohaus LLC, Champion Auto Leasing LLC, C/O Renato Cuyco, Jr., 3 Wemmer Court, Sayreville, NJ 08872-2148 |
| 518186815 | ##+ | Meridian Medical Group Faculty, Hackensack Meridian Medical Group, 2240 State Route 33 Suite B, Neptune, NJ 07753-6104 |
| 518186848 | ##+ | Seahorse Pediatrics LLC, Shabnam Maghsood, MD, 142 Route 35, Suite 105, Eatontown, NJ 07724-1864 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2022     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Harold N. Kaplan | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. hkaplan@rasnj.com, informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor USB Leasing LT hkaplan@rasnj.com informationathnk@aol.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, |

mortoncraigecf@gmail.com

Joseph Gunnar Devine, Jr
on behalf of Plaintiff TD Auto Finance LLC jdevine@tmppllc.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Joseph Gunnar Devine, Jr
on behalf of Creditor TD Auto Finance LLC jdevine@tmppllc.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Karen E. Bezner
on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Kevin Gordon McDonald
on behalf of Creditor USB Leasing LT kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Laura M. Egerman
on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com

Michael A. Artis
on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. DuPont
on behalf of Creditor Community Financial Services Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com

Richard Gerbino
on behalf of Plaintiff TD Auto Finance LLC rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Roger Chavez
on behalf of Debtor Michael Ramos rchavez@chavezlegal.com rchavez01@aol.com

Roger Chavez
on behalf of Defendant Michael Ramos rchavez@chavezlegal.com rchavez01@aol.com

Roger Chavez
on behalf of Defendant Daphne Y. Ramos rchavez@chavezlegal.com rchavez01@aol.com

Roger Chavez
on behalf of Joint Debtor Daphne Y. Ramos rchavez@chavezlegal.com rchavez01@aol.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18