UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LLG# 22-028317
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq.  023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| | |
|---|---|
| In Re: | Case No.: 19-17748-MBK |
| MICHAEL RAMOS AND DAPHNE Y. RAMOS, DEBTORS | Judge: HONORABLE MICHAEL B. KAPLAN |
| | Chapter: 13 |

### RESPONSE TO DEBTORS' MOTION TO RECLASSIFY WELLS FARGO BANK, N.A.'S PROOF OF CLAIM FROM SECURED TO UNSECURED

The undersigned, LOGS Legal Group LLP, attorneys for the Secured Creditor, Wells Fargo Bank, N.A., the holder of secured interest in home furnishings, hereby responds in opposition to the Debtors' Motion to Reclassify Wells Fargo Bank, N.A.'s Proof of Claim from Secured to Unsecured, as follows:

1)    Secured Creditor filed a Proof of Claim 12-1 in the amount of $7,173.66 for home furnishing purchased on credit by Debtor(s).  The Credit Card Agreement duly executed by Debtor(s) on or about September 3, 2017, attached to Secured Creditor's Proof of Claim, expressly states: "You give us and we will retain a purchase-money security interest in goods purchased under this Agreement".

2)    Debtor argues that Secured Creditor must produce a filed financing statement for its claim to be secured, however the absence of a filed financing statement does not affect the enforceability of a creditor's security interest against a debtor where the parties have entered into a security agreement. "A security interest is enforceable against the debtor, that is, it has attached, if either the creditor has possession of the collateral or if the debtor has signed an

adequate security agreement." <u>Rosner v. Plaza Hotel Associates, Inc.</u>, 146 N.J. Super 447, 453

(App. Div. 1977).

     3)     Perfection merely addresses the rights to collateral among the creditors, not the

enforceability of the security interest. *See*, N.J.S.A. 12A9-317 (concerning conflicting security

interests and rights of lien creditors). It does not determine whether a security interest has

attached to collateral.

     WHEREFORE, Wells Fargo Bank, N.A. respectfully requests that the Debtors' Motion to

Reclassify Wells Fargo Bank, N.A.'s Proof of Claim from Secured to Unsecured be denied.


LOGS LEGAL GROUP LLP


Dated: 3-16-2022          By: *<u>/s/Elizabeth L. Wassall</u>*
                    Elizabeth L. Wassall, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 22-028317
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| In Re:<br><br>MICHAEL RAMOS AND DAPHNE Y. RAMOS,<br>DEBTORS | Case No.: 19-17748-MBK<br><br>Judge: HONORABLE MICHAEL B. KAPLAN<br><br>Chapter: 13 |
| --- | --- |

### CERTIFICATION OF SERVICE

I, _____Abbie Dial_____ the undersigned

1.  ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Response to Debtors' Motion to Reclassify Wells Fargo Bank, N.A.'s Proof of Claim from Secured to Unsecured.

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: _____3/17/2022_____        _____/s/ Abbie Dial_____
                                       Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Law Offices of Roger Chavez<br>50 Park Place, Suite 1104<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Michael Ramos and Daphne Y. Ramos<br>11 Center Street<br>Eatontown, NJ 07724 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.