UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

McKENNA, DuPONT, STONE & WASHBURNE, PC
Michael R. DuPont, MRD/2077
229 Broad Street
Red Bank, NJ 07701
(732) 741-6681
Attorneys for Community Financial Services Federal Credit Union
File No. 50727

In Re:

Michael and Daphne Ramos

Case No. 19-17748

Chapter 13

Judge: MBK

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Resolving Creditor's Motion to file claims after claims bar date submitted to the Court, the following conditions have been met:

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/ _____).

    **McKENNA, DuPONT, STONE & WASHBURNE, PC**
    Attorneys for Creditor, Community Financial Services Federal Credit Union

    */s/ Michael R. DuPont*
    MICHAEL R. DuPONT, Esquire

Dated: March 21, 2023

*rev.8/1/15*