Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17748−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Ramos  
11 Center Street  
Eatontown, NJ 07724

Daphne Y. Ramos  
aka Daphne Y. Casanova  
11 Center Street  
Eatontown, NJ 07724

Social Security No.:
xxx−xx−2195     xxx−xx−4173

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       5/10/23  
Time:       02:00 PM  
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Roger Chavez, Debtor's Attorney

COMMISSION OR FEES  
fee: $10232.00

EXPENSES  
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 4, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17748-MBK |
| Michael Ramos | Chapter 13 |
| Daphne Y. Ramos | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Apr 04, 2023 | Form ID: 137 | Total Noticed: 133 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Ramos, Daphne Y. Ramos, 11 Center Street, Eatontown, NJ 07724-1703 |
| cr | + | Community Financial Services Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, MO 07701-0610 UNITED STATES 07701-2009 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518186762 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, A/K/A Honda Financial Services, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518186761 | | Aetna Life Insurance Company, P.O. Box 14079, Lexington, KY 40512-4079 |
| 518186768 | + | Bio-Referenced Labs, 481 Edward H. Ross Drive, Elmwood Park, NJ 07407-3128 |
| 518186769 | | Bio-Referenced Labs, P.O. Box 650, Elmwood Park, NJ 07407 |
| 518186773 | + | Cathaya International LLC, Oakland Trading International LLC, Eastern Trading LLC, c/o Aaron Wang, 31 Middle Road Port Washington, NY 11050-2615 |
| 518186774 | + | Cathaya International LLC, c/o Aaron Wang, 107 Northern Blvd., Suite 410, Great Neck, NY 11021-4312 |
| 518186775 | + | Champion Autohaus LLC, a/k/a Champion Auto Leasing LLC, C/O Renato Cuyco, Jr., 1980 State Route 35, South Amboy, NJ 08879-2078 |
| 518186785 | + | Community Financial Services FCU, 524 West Edgar Road, P.O. Box 1514, Linden, NJ 07036-0005 |
| 518186784 | + | Community Financial Services FCU, 149 East St. George Avenue, Roselle, NJ 07203-2936 |
| 519550575 | + | Community Financial Services FCU, c/o McKenna, DuPont, Stone & Washburne, PO Box 610, Red Bank, NJ 07701-0610 |
| 518186786 | + | Eastern Trading LLC, c/o Aaron Wang, 133-05 32nd Avenue, Flushing, NY 11354-1902 |
| 518186789 | + | FOX Rothschild LLP, P.O. Box 5231, Princeton, NJ 08543-5231 |
| 518186788 | + | FOX Rothschild LLP, Princeton Pike Corporate Center, 997 Lenox Drive, Building 3, Lawrence Township, NJ 08648-2317 |
| 518186787 | + | FOX Rothschild LLP, 10 Sentry Parkway, Suite 200, P.O. Box 3001, Blue Bell, PA 19422-0750 |
| 518186794 | + | Greenbaum, Rowe, Smith & Davis LLP, Stephanie G. Reckford, Esq., 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3738 |
| 518186793 | + | Greenbaum, Rowe, Smith & Davis LLP, ATTN.: Stephanie G. Reckford, Esq., 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3788 |
| 518186795 | | Hackensack Meridian Health, Jersey Shore University Medical Center, 1945 NJ-53, Neptune, NJ 07753 |
| 518186796 | + | I. Mark Cohen Law Group, ATTN.: Johnathan Goldsmith Cohen, Esq., 1 Executive Drive, Suite 6, Tinton Falls, NJ 07701-4938 |
| 518186797 | + | Ibrahim Law Firm, ATTN.: Ihab A. Ibrahim, Esq., 910 Bergen Avenue, Suite 203, Jersey City, NJ 07306-4311 |
| 518186801 | + | Jersey Shore Anesthesiology Associates, 1945 State Route 33, Neptune, NJ 07753-4896 |
| 518186807 | | Lakeview Loan Servicing LLC, Servicing by Loancare, Interstate Corporate Center, Building #9, Suite 200, Norfolk, VA 23502 |
| 518186808 | + | Liberty Mutual Insurance Company, Corporate Headquarters, 175 Berkeley Street, Boston, MA 02116-5066 |
| 518186810 | + | McGuire Woods, ATTN.: Philip A. Goldstein, Esq., 1251 Avenue of the Americas, 20th Fl., New York, NY 10020-1104 |
| 518186814 | + | Mercedes-Benz Financial Services, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 518186815 | + | Meridian Medical Group Faculty, Hackensack Meridian Medical Group, 2240 State Route 33 Suite B, Neptune, NJ 07753-6104 |
| 518186817 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 1200 Jumping Brook Road, Suite 201, Neptune, NJ 07753-2635 |
| 518186818 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 717 North Beers Street, Suite 1E, Holmdel, NJ 07733-1525 |
| 518186816 | + | Meridian Medical Group-Specialty Care PC, Hackensack Meridian Medical Group, 1500 Allaire Avenue, Suite 201, Ocean, NJ 07712-7603 |
| 518186819 | + | Michael Teitelbaum, Barbara Teitelbaum, 11 Center Street, Apt. #B, Eatontown, NJ 07724-1703 |
| 518186820 | + | Monmouth Hospital, Monmouth Medical Center, 300 2nd Avenue, Long Branch, NJ 07740-6395 |
| 518186822 | | New Jersey E-ZPass, Violation Processing Center, P.O. Box 52005, Newark, NJ 07101-8205 |
| 518186821 | | New Jersey E-ZPass, New Jersey Customer Care Service Center, P.O. Box 52002, Newark, NJ 07101-8202 |
| 518186826 | + | New Jersey Motor Vehicle Commission, 225 East State Street, Trenton, NJ 08666-0001 |

Case 19-17748-MBK    Doc 117    Filed 04/06/23    Entered 04/07/23 00:14:47    Desc
Imaged Certificate of Notice    Page 4 of 9

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: 137 | Total Noticed: 133 |

| | | |
|---|---|---|
| 518186825 | + | New Jersey Motor Vehicle Commission, P.O. Box 017, Trenton, NJ 08666-0017 |
| 518186824 | + | New Jersey Motor Vehicle Commission, Title Records Unit, P.O. Box 155, Trenton, NJ 08666-0155 |
| 518186830 | + | Norris McLaughlin, P.A., ATTN.: Nicholas Duston, Esq., 400 Crossing Boulevard, 8th Fl., Bridgewater, NJ 08807-2863 |
| 518186831 | + | Oakland Trading International LLC, c/o Aaron Wang, 133-05 32nd Avenue, Flushing, NY 11354-1902 |
| 518186832 | + | Office Of The Attorney General, ATTN: Gurbir S. Grewal, RJ Hughes Justice Complex, 25 Market Street, P.O. Box 080, Trenton, NJ 08625-0080 |
| 518186840 | + | Robertson, Anschutz & Schneid, PL, ATTN.: Walter Gouldsbury, Esq., 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 518186842 | + | Rubin & Rothman, LLC, 190 North Avenue East, P.O. Box 8, Cranford, NJ 07016-0008 |
| 518186848 | + | Seahorse Pediatrics LLC, Shabnam Maghsood, MD, 142 Route 35, Suite 105, Eatontown, NJ 07724-1864 |
| 518186850 | + | Simons Agency, Inc., 436 Main Street, Suite# 263, Spotswood, NJ 08884-1702 |
| 518186852 | + | SunPower Capital, LLC, ATTN: SunPower Financing, 2900 Esperanza Crossing, 2nd Fl., Austin, TX 78758-3658 |
| 518186853 | | SunPower Capital, LLC, P.O. Box 844863, Los Angeles, CA 90084-4863 |
| 518186862 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, 205 West 4th Street, Suite 700, Cincinnati, OH 45202 |
| 518186866 | + | Weiner Law Group LLC, ATTN: Ronald A. Berutti, Esq., 629 Parsippany Road, P.O. Box 0438, Parsippany, NJ 07054-0438 |
| 518186870 | + | Wells Fargo Bank, Writs & Levies Processing, 101 North Independence Mall East, MAC Code Y1372-039, Philadelphia, PA 19106-2112 |
| 518186871 | + | Wells Fargo Bank, Legal Order Processing, D1111-01A, P.O. Box 1416, Charlotte, NC 28201-1416 |
| 518186874 | + | Wells Fargo Card Services, Wells Fargo Bank NA, Consumer Credit Solutions, P.O. Box 30086, Los Angeles, CA 90030-0086 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 04 2023 21:03:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 04 2023 21:02:00 | U.S. Bank National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518186764 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 04 2023 21:03:00 | American Honda Finance, A/K/A Honda Financial Services, National Service Center, P.O. Box 166469, Irving, TX 75016-6469 |
| 519349709 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 04 2023 21:03:00 | Americredit Financial Services, Inc., Dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518186763 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 04 2023 21:03:00 | American Honda Finance, A/K/A Honda Financial Services, 200 Continential Drive, Newark, DE 19713-4336 |
| 519346989 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2023 21:08:28 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518186767 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2023 21:02:00 | Bank of America, N.A., FL9-600-02-26, P.O. Box 45224, Jacksonville, FL 32232-5224 |
| 518186766 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 04 2023 21:03:00 | Bank of America, N.A., 150 North College Street, Charlotte, NC 28255-0001 |
| 518186765 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2023 21:02:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518186772 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 04 2023 21:02:00 | Capital One Bank, C/O KOHLS, North 56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 518186771 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 04 2023 21:02:00 | Capital One Bank, C/O KOHLS, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 518186770 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 04 2023 21:02:00 | Capital One Bank, C/O KOHLS, P.O. Box 3115, |

Case 19-17748-MBK    Doc 117    Filed 04/06/23    Entered 04/07/23 00:14:47    Desc
Imaged Certificate of Notice    Page 5 of 9

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: 137 | Total Noticed: 133 |

| | | | |
|---|---|---|---|
| | | | Milwaukee, WI 53201-3115 |
| 518186780 | + Email/Text: bankruptcy.notifications@fisglobal.com | Apr 04 2023 21:03:00 | Chex Systems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 518186783 | + Email/Text: documentfiling@lciinc.com | Apr 04 2023 21:02:00 | Comcast Cable, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 518186782 | Email/Text: documentfiling@lciinc.com | Apr 04 2023 21:02:00 | Comcast Cable, C/O Correspondence, PO Box 1809, Union, NJ 07083-1809 |
| 518186781 | + Email/Text: documentfiling@lciinc.com | Apr 04 2023 21:02:00 | Comcast Cable, C/O Bankruptcy Dept., 800 Rahway Avenue, Union, NJ 07083-6691 |
| 519471029 | Email/Text: M74banko@mercedes-benz.com | Apr 04 2023 21:02:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518186791 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 04 2023 21:03:00 | GM Financial, Corporate Office, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 518186792 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 04 2023 21:03:00 | GM Financial, ATTN: Correspondence, P.O. Box 183834, Arlington, TX 76096-3834 |
| 518186790 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 04 2023 21:03:00 | GM Financial, A/K/A Americredit, P.O. Box 181145, Arlington, TX 76096-1145 |
| 518186800 | Email/Text: Bankruptcy@ICSystem.com | Apr 04 2023 21:03:00 | IC System, Inc., IC Systems Collections, PO Box 64378, St. Paul, MN 55164-0378 |
| 518186799 | Email/Text: Bankruptcy@ICSystem.com | Apr 04 2023 21:03:00 | IC System, Inc., IC Systems Collections, PO Box 64437, St. Paul, MN 55164-0437 |
| 518186798 | + Email/Text: Bankruptcy@ICSystem.com | Apr 04 2023 21:03:00 | IC System, Inc., IC Systems Collections, 444 Highway 96 East, St. Paul, MN 55127-2557 |
| 518186778 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2023 21:08:01 | Chase Auto Finance, 301 North Walnut Street, 9th Fl., Wilmington, DE 19801-3935 |
| 518186777 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2023 21:08:11 | Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 518186779 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2023 21:08:01 | Chase Auto Finance, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 519456125 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2023 21:08:24 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518186802 | + Email/Text: info@kehoefinancial.com | Apr 04 2023 21:03:00 | Kehoe Financial Group, 190 Moore Street, Suite 203, Hackensack, NJ 07601-7418 |
| 519354975 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 04 2023 21:02:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 518186804 | Email/Text: govtaudits@labcorp.com | Apr 04 2023 21:03:00 | LabCorp, Laboratory Corporation Of America, 1250 Chapel Hill Road, Burlington, NC 27215 |
| 518186803 | Email/Text: govtaudits@labcorp.com | Apr 04 2023 21:03:00 | LabCorp, Laboratory Corporation Of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 519479094 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 04 2023 21:03:00 | LAKEVIEW LOAN SERVICING, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518186805 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 04 2023 21:03:00 | Lakeview Loan Servicing LLC, Servicing by LoanCare, ATTN: Customer Service, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518186806 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 04 2023 21:03:00 | Lakeview Loan Servicing LLC, Servicing by LoanCare, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 518186811 | + Email/Text: laura@redbanklaw.com | Apr 04 2023 21:02:00 | McKenna, DuPont, Higgins & Stone, P.C., 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518186812 | | Email/Text: M74banko@mercedes-benz.com | Apr 04 2023 21:02:00 | Mercedes Benz Financial Services, P.O. Box 961, Roanoke, TX 76262-0961 |
| 518186813 | + | Email/Text: M74banko@mercedes-benz.com | Apr 04 2023 21:02:00 | Mercedes Benz Financial Services, P.O. Box 685, Roanoke, TX 76262-0685 |
| 518186823 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 04 2023 21:02:00 | New Jersey E-ZPass, Violations Processing Center, P.O. Box 4971, Trenton, NJ 08650 |
| 519486814 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 04 2023 21:02:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 518186828 | + | Email/Text: bnc@nordstrom.com | Apr 04 2023 21:03:22 | Nordstrom, P.O. Box 6555, Englewood, CO 80155-6555 |
| 518186829 | + | Email/Text: bnc@nordstrom.com | Apr 04 2023 21:03:10 | Nordstrom, P.O. Box 6566, Englewood, CO 80155-6566 |
| 518186827 | + | Email/Text: bnc@nordstrom.com | Apr 04 2023 21:03:00 | Nordstrom, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 519473552 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 04 2023 21:03:00 | Nordstrom, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 518186835 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2023 21:02:00 | PNC Bank, 1 Financial Parkway, Kalamazoo, MI 49009 |
| 518186833 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2023 21:02:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 518186834 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2023 21:02:00 | PNC Bank, P5-PCLC-A1-N, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519471018 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2023 21:02:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518186837 | | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 04 2023 21:03:00 | Quest Diagnostics, Inc., P.O. Box 740985, Cincinnati, OH 45274-0985 |
| 518186836 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 04 2023 21:03:00 | Quest Diagnostics, Inc., 3 Giralda Farms, Madison, NJ 07940-1027 |
| 518186838 | + | Email/Text: bkrpt@retrievalmasters.com | Apr 04 2023 21:03:00 | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518186839 | | Email/Text: bkrpt@retrievalmasters.com | Apr 04 2023 21:03:00 | Retrieval-Masters Creditors Bureau, Inc., P.O. Box 1235, Elmsford, NY 10523-0935 |
| 518186841 | + | Email/Text: bankruptcy@rubinrothman.com | Apr 04 2023 21:02:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 518186854 | + | Email/Text: bankruptcy@sw-credit.com | Apr 04 2023 21:03:00 | SW Credit Systems, Inc., Southwest Credit Systems, 4120 International, Suite 100, Carrollton, TX 75007-1958 |
| 518186844 | | Email/Text: DeftBkr@santander.us | Apr 04 2023 21:03:00 | Santander Bank, N.A., Mail Code: 10-421-CN2, P.O. Box 12646, Reading, PA 19612-2646 |
| 518186843 | + | Email/Text: DeftBkr@santander.us | Apr 04 2023 21:03:00 | Santander Bank, N.A., MA1-MB3 01-09, P.O. Box 841002, Boston, MA 02284-1002 |
| 518186845 | | Email/Text: DeftBkr@santander.us | Apr 04 2023 21:03:00 | Santander Bank, N.A., Mail Code: RI1 EPV 02-23, One Sovereign Way, East Providence, RI 02915 |
| 518186847 | + | Email/Text: bankruptcy@savit.com | Apr 04 2023 21:03:00 | Savit Collection Agency, 46 West Ferris Street, East Brunswick, NJ 08816-2159 |
| 518186846 | | Email/Text: bankruptcy@savit.com | Apr 04 2023 21:03:00 | Savit Collection Agency, P.O. Box 250, East Brunswick, NJ 08816-0250 |
| 518186851 | + | Email/Text: clientservices@simonsagency.com | Apr 04 2023 21:03:00 | Simons Agency, Inc., 3713 Brewerton Road, Suite 1, Syracuse, NY 13212-3843 |

| District/off: 0312-3 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: 137 | Total Noticed: 133 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518186849 | + | Email/Text: clientservices@simonsagency.com | Apr 04 2023 21:03:00 | Simons Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518186855 | | Email/Text: jaxbanko@td.com | Apr 04 2023 21:02:00 | TD Auto Finance, LLC, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 518186857 | | Email/Text: jaxbanko@td.com | Apr 04 2023 21:02:00 | TD Auto Finance, LLC, ATTN: Customer Resolution Dept., P.O. Box 9226, Farmington, MI 48333-9226 |
| 518186856 | | Email/Text: jaxbanko@td.com | Apr 04 2023 21:02:00 | TD Auto Finance, LLC, 2777 Franklin Road, Farmington Hills, MI 48334 |
| 518186860 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 04 2023 21:03:00 | Toyota Motor Credit Corporation, 19001 South Western Avenue, WF22, Torrance, CA 90501 |
| 518186858 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 04 2023 21:03:00 | Toyota Motor Credit Corporation, 5005 N. River Boulevard NE, Cedar Rapids, IA 52411-6634 |
| 518186859 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 04 2023 21:03:00 | Toyota Motor Credit Corporation, Bankruptcy Department, P.O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 518315990 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2023 21:22:59 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518186861 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Apr 04 2023 21:03:00 | US Bank, P.O. Box 3447, Oshkosh, WI 54903 |
| 519473199 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2023 21:08:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518186865 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2023 21:02:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 518186864 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2023 21:02:00 | Verizon, Attn: Billing Office, 236 E. Town Street #170, Columbus, OH 43215-4631 |
| 518186863 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2023 21:02:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |
| 518186867 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2023 21:08:03 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518186869 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2023 21:08:03 | Wells Fargo Bank, P.O. Box 94435, Albuquerque, NM 87199-4435 |
| 518186868 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2023 21:08:13 | Wells Fargo Bank, Credit Bureau Disputes, B6955 019, PO Box 31557, Billings, MT 59107-1557 |
| 519355288 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2023 21:08:03 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519354407 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2023 21:08:13 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518186872 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2023 21:08:03 | Wells Fargo Card Services, Wells Fargo Bank NA, Credit Bureau Dispute Resolution, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 518186873 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2023 21:08:25 | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 81

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519455876 | * | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519452181 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518186776 | ##+ | Champion Autohaus LLC, Champion Auto Leasing LLC, C/O Renato Cuyco, Jr., 3 Wemmer Court, Sayreville, NJ 08872-2148 |

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: 137 | Total Noticed: 133 |

518186809    ##+    Liberty Mutual Insurance Company, 5050 West Tilghman Street, Suite 200, Allentown, PA 18104-9154

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. ajennings@raslg.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor USB Leasing LT hkaplan@rasnj.com kimwilson@raslg.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Plaintiff TD Auto Finance LLC jdevine@tmppllc.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Auto Finance LLC jdevine@tmppllc.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor USB Leasing LT kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Michael A. Artis | on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. DuPont | on behalf of Creditor Community Financial Services Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Richard Gerbino | on behalf of Plaintiff TD Auto Finance LLC rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Roger Chavez | on behalf of Debtor Michael Ramos rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 7 |
| Date Rcvd: Apr 04, 2023 | Form ID: 137 | Total Noticed: 133 |

Roger Chavez
    on behalf of Defendant Michael Ramos rchavez@chavezlegal.com
    rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

Roger Chavez
    on behalf of Defendant Daphne Y. Ramos rchavez@chavezlegal.com
    rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

Roger Chavez
    on behalf of Joint Debtor Daphne Y. Ramos rchavez@chavezlegal.com
    rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 20