| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>McKENNA, DuPONT, STONE & WASHBURNE, PC<br>Michael R. DuPont, MRD/2077<br>229 Broad Street<br>Red Bank, NJ 07701<br>(732) 741-6681<br>Attorneys for Community Financial Services Federal Credit Union | Order Filed on April 5, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Michael and Daphne Ramos | Case No. 19-17748<br><br>Adv. No. N/A<br><br>Hearing Date: March 8, 2023<br><br>Judge: Michael B. Kaplan |

## CONSENT ORDER RESOLVING COMMUNICTY FINANCIAL SERVICES FEDERAL CREDIT UNION'S MOTION TO FILE CLAIM AFTER CLAIMS BAR DATE

The relief set forth on the follow page, numbered two (2) is hereby **ORDERED**.

**DATED: April 5, 2023**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Michael and Daphne Ramos; Case No. 19-17748
Consent Order Resolving Community Financial Services Federal Credit Union's Motion to File Claim after Claims Bar Date

**THIS MATTER** having been brought before the Court upon Community Financial Services Federal Credit Union's Motion to File a Proof of Claim after the Claims Bar Date, filed through its counsel, McKenna, DuPont, Stone & Washburne, and opposition to the Motion having been filed by Roger Chavez, Esq. on behalf of the Debtors, and the interested parties having amicably agreed to the relief sought, and the Court having noted the consent of counsel to the within Order and for other good cause shown,

It is hereby **ORDERED**:

1. Proof of Claim #28 filed on April 6, 2022 in the amount of $15,559.38 is to be treated as an unsecured claim and is to receive a pro-rata distribution by the chapter 13 trustee. In the event the Debtors' Chapter 13 bankruptcy estate derives additional funds/assets throughout the duration of the chapter 13 case, Community Financial Services Federal Credit Union shall not be entitled to an additional dividend and is limited to collect what the June 27, 2022 confirmation order designates.
2. That the allowance of Community Financial Services Federal Credit Union's claim will not result in a modification of the Debtors' confirmed plan or plan payment. In the event the Chapter 13 Standing Trustee decides to increase the Debtors' monthly trustee payment as a result of the allowance of the claim, the claim will be deemed disallowed.

The undersigned hereby consent to the form and entry of the within Order:

_____                                Dated: 3/20/23
Roger Chavez, Esquire
Attorney for Debtors, Michael and Daphne Ramos


/s/ *Michael R. DuPont*                                Dated:
Michael R. DuPont
Attorney for Creditor, United Teletech Financial Federal Credit Union

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-17748-MBK
Michael Ramos                                                                          Chapter 13
Daphne Y. Ramos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Apr 06, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Ramos, Daphne Y. Ramos, 11 Center Street, Eatontown, NJ 07724-1703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Aleisha Candace Jennings
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. ajennings@raslg.com

Elizabeth L. Wassall
     on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan
     on behalf of Creditor USB Leasing LT hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. hkaplan@rasnj.com, kimwilson@raslg.com

John R. Morton, Jr.
     on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com,

Case 19-17748-MBK    Doc 119    Filed 04/08/23    Entered 04/09/23 00:15:48    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | mortoncraigecf@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Auto Finance LLC jdevine@tmppllc.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Joseph Gunnar Devine, Jr | on behalf of Plaintiff TD Auto Finance LLC jdevine@tmppllc.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor USB Leasing LT kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Michael A. Artis | on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. DuPont | on behalf of Creditor Community Financial Services Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Richard Gerbino | on behalf of Plaintiff TD Auto Finance LLC rgerbino@schillerknapp.com  lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Roger Chavez | on behalf of Defendant Daphne Y. Ramos rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| Roger Chavez | on behalf of Joint Debtor Daphne Y. Ramos rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| Roger Chavez | on behalf of Debtor Michael Ramos rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| Roger Chavez | on behalf of Defendant Michael Ramos rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 20