| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>ROBERT TREAT CENTER<br>50 PARK PLACE, SUITE 1104<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTORS, MICHAEL RAMOS<br>AND DAPHNE Y. RAMOS | Order Filed on May 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHAEL RAMOS AND DAPHNE Y. RAMOS,<br><br>DEBTORS. | Case No.: 219-17748/MBK<br><br>Chapter 13<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date: May 10, 2023 at 2:00PM |

## ORDER GRANTING ALLOWANCES OF PRE AND POST CONFIRMATION COMPENSATION AND REIMBURSEMENT OF EXPENSES

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtors:** Michael Ramos and Daphne Y. Ramos
**Chapter 13 | Case No. 19-17748/MBK**
**Caption of Order: ORDER GRANTING ALLOWANCES OF PRE AND POST CONFIRMATION COMPENSATION AND REIMBURSEMENT OF EXPENSES**

---

The applicant having certified that legal work additional to basic chapter 13 services has been rendered, and no objections have been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $10,232.00 for services rendered and expenses in the amount of $0.00 for a total of $10,232.00. The allowance is payable:

☐ $0.00 through the Chapter 13 plan as an administrative priority.

☒ $10,232.00 already paid outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**