| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>ROBERT TREAT CENTER<br>50 PARK PLACE, SUITE 1104<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTORS, MICHAEL RAMOS AND DAPHNE Y. RAMOS | Order Filed on May 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHAEL RAMOS AND DAPHNE Y. RAMOS,<br><br>DEBTORS. | Case No.: 219-17748/MBK<br><br>Chapter 13<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date: May 10, 2023 at 2:00PM |

**ORDER GRANTING ALLOWANCES OF PRE AND POST CONFIRMATION COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtors:**   Michael Ramos and Daphne Y. Ramos
**Chapter 13 |   Case No. 19-17748/MBK**
**Caption of Order: ORDER GRANTING ALLOWANCES OF PRE AND POST CONFIRMATION COMPENSATION AND REIMBURSEMENT OF EXPENSES**
_____

The applicant having certified that legal work additional to basic chapter 13 services has been rendered, and no objections have been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $10,232.00 for services rendered and expenses in the amount of $0.00 for a total of $10,232.00.  The allowance is payable:

☐ $0.00 through the Chapter 13 plan as an administrative priority.

☒ $10,232.00 already paid outside the plan.

The debtor's monthly plan is modified to require a payment of N/A per month for N/A months to allow for payment of the aforesaid fee.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17748-MBK |
| Michael Ramos | Chapter 13 |
| Daphne Y. Ramos | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Ramos, Daphne Y. Ramos, 11 Center Street, Eatontown, NJ 07724-1703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. ajennings@raslg.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | on behalf of Creditor USB Leasing LT hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. hkaplan@rasnj.com, kimwilson@raslg.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 11, 2023 | Form ID: pdf903 | Total Noticed: 1

mortoncraigecf@gmail.com

Joseph Gunnar Devine, Jr
on behalf of Creditor TD Auto Finance LLC jdevine@tmppllc.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Joseph Gunnar Devine, Jr
on behalf of Plaintiff TD Auto Finance LLC jdevine@tmppllc.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Karen E. Bezner
on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Kevin Gordon McDonald
on behalf of Creditor USB Leasing LT kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com

Michael A. Artis
on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael R. DuPont
on behalf of Creditor Community Financial Services Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Richard Gerbino
on behalf of Plaintiff TD Auto Finance LLC rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Roger Chavez
on behalf of Defendant Daphne Y. Ramos rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

Roger Chavez
on behalf of Joint Debtor Daphne Y. Ramos rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

Roger Chavez
on behalf of Debtor Michael Ramos rchavez@chavezlegal.com  rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

Roger Chavez
on behalf of Defendant Michael Ramos rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 20