| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>ROBERT TREAT CENTER<br>50 PARK PLACE, SUITE 1104<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTORS, MICHAEL RAMOS AND DAPHNE Y. RAMOS | Order Filed on November 29, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHAEL RAMOS AND DAPHNE Y. RAMOS,<br><br>DEBTORS. | Case No.: 19-17448/MBK<br><br>Chapter 13<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date: November 22, 2023 @ 9:00AM |

**ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT**

The reliefs set forth on the following pages, numbered two (2) through three (3) are hereby **ORDERED**.

**DATED: November 29, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | **MICHAEL RAMOS AND DAPHNE Y. RAMOS** |
| Chapter 13   \| | **Case No. 19-17748/MBK** |
| Caption of Order: | **ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT** |

This matter, being opened to the Court by Roger Chavez, attorney for Debtors, Michael Ramos/Daphne Y. Ramos, and coming before the Honorable Michael B. Kaplan on November 22, 2023, seeking an Order Approving Settlement, Attorney's Fees and Disbursement, and for good cause appearing:

**IT IS THEREFORE ORDERED THAT:** The gross settlement offer of $45,000.00 between the Debtor, Michael Ramos and the defendants, Roy Worden and Mercury Indemnity Company of America *(Michael Ramos v. Roy Worden, Mercury Indemnity Company of America, et als, Docket No. L-004427-22, filed in the Superior Court of New Jersey, Law Division Essex Vicinage)* , for personal injuries sustained by the Debtors with relation to a motor vehicle accident on November 9, 2020 is hereby approved.

**IT IS THEREFORE ORDERED THAT:** The attorney's fees to Fredson Statmore Bitterman, LLC, previously approved by this Court as appointed Special Counsel by Order dated December 20, 2022, in the amount of $14,148.15 is hereby approved.  All other disbursements, including legal expenses and out-of-pocket expenses incurred by Fredson Statmore Bitterman, LLC in the amount of $555.12 is hereby approved.

**IT IS THEREFORE ORDERED THAT:** Nicholas J. Waltman, Esq. of Fredson Statmore Bitterman, LLC shall disburse, from the gross settlement proceeds, $2,000.00 for costs

| | |
|---|---|
| **Debtors:** | **MICHAEL RAMOS AND DAPHNE Y. RAMOS** |
| **Chapter 13**   &#124; | **Case No. 19-17748/MBK** |
| **Caption of Order:** | **ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT** |

of preparing and prosecuting the application to retain special counsel and the motion to approve the settlement, to Roger Chavez, Esq. within ten (10) days of the entry of this order.

**IT IS THEREFORE ORDERED THAT:** The net settlement to the Debtors in the amount of $28,296.73 is hereby approved and shall be disbursed to the Debtors within ten (10) days from the entry of this order.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**