| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>ROBERT TREAT CENTER<br>50 PARK PLACE, SUITE 1104<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTORS, MICHAEL RAMOS<br>AND DAPHNE Y. RAMOS | Order Filed on November 29, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHAEL RAMOS AND DAPHNE Y. RAMOS,<br><br>DEBTORS. | Case No.: 19-17448/MBK<br><br>Chapter 13<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date: November 22, 2023 @ 9:00AM |

**ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT**

The reliefs set forth on the following pages, numbered two (2) through three (3) are hereby **ORDERED**.

**DATED: November 29, 2023**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Debtors:        **MICHAEL RAMOS AND DAPHNE Y. RAMOS**
Chapter 13   |   Case No. 19-17748/MBK
Caption of Order:   ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT

This matter, being opened to the Court by Roger Chavez, attorney for Debtors, Michael Ramos/Daphne Y. Ramos, and coming before the Honorable Michael B. Kaplan on November 22, 2023, seeking an Order Approving Settlement, Attorney's Fees and Disbursement, and for good cause appearing:

**IT IS THEREFORE ORDERED THAT:** The gross settlement offer of $45,000.00 between the Debtor, Michael Ramos and the defendants, Roy Worden and Mercury Indemnity Company of America *(Michael Ramos v. Roy Worden, Mercury Indemnity Company of America, et als, Docket No. L-004427-22, filed in the Superior Court of New Jersey, Law Division Essex Vicinage)*, for personal injuries sustained by the Debtors with relation to a motor vehicle accident on November 9, 2020 is hereby approved.

**IT IS THEREFORE ORDERED THAT:** The attorney's fees to Fredson Statmore Bitterman, LLC, previously approved by this Court as appointed Special Counsel by Order dated December 20, 2022, in the amount of $14,148.15 is hereby approved. All other disbursements, including legal expenses and out-of-pocket expenses incurred by Fredson Statmore Bitterman, LLC in the amount of $555.12 is hereby approved.

**IT IS THEREFORE ORDERED THAT:** Nicholas J. Waltman, Esq. of Fredson Statmore Bitterman, LLC shall disburse, from the gross settlement proceeds, $2,000.00 for costs

| | |
|---|---|
| **Debtors:** | **MICHAEL RAMOS AND DAPHNE Y. RAMOS** |
| **Chapter 13**   &#124; | Case No. 19-17748/MBK |
| **Caption of Order:** | **ORDER APPROVING SETTLEMENT, ATTORNEY'S FEES AND DISBURSEMENT** |

of preparing and prosecuting the application to retain special counsel and the motion to approve the settlement, to Roger Chavez, Esq. within ten (10) days of the entry of this order.

**IT IS THEREFORE ORDERED THAT:** The net settlement to the Debtors in the amount of $28,296.73 is hereby approved and shall be disbursed to the Debtors within ten (10) days from the entry of this order.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17748-MBK |
| Michael Ramos | Chapter 13 |
| Daphne Y. Ramos | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 29, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Ramos, Daphne Y. Ramos, 11 Center Street, Eatontown, NJ 07724-1703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. ajennings@raslg.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | on behalf of Creditor USB Leasing LT hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. hkaplan@rasnj.com, kimwilson@raslg.com |
| John R. Morton, Jr. | |

Case 19-17748-MBK    Doc 124    Filed 12/01/23    Entered 12/02/23 00:16:50    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 29, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Auto Finance LLC jdevine@tmppllc.com ecf@tmppllc.com |
| Joseph Gunnar Devine, Jr | on behalf of Plaintiff TD Auto Finance LLC jdevine@tmppllc.com ecf@tmppllc.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor USB Leasing LT kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Michael A. Artis | on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael R. DuPont | on behalf of Creditor Community Financial Services Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Richard Gerbino | on behalf of Plaintiff TD Auto Finance LLC rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Roger Chavez | on behalf of Defendant Daphne Y. Ramos rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| Roger Chavez | on behalf of Joint Debtor Daphne Y. Ramos rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| Roger Chavez | on behalf of Debtor Michael Ramos rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| Roger Chavez | on behalf of Defendant Michael Ramos rchavez@chavezlegal.com rchavez01@aol.com;LawOfficesofRogerChavez@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 20